

Anti any requirement to wear face coverings issued by private and government business and Local, State, Federal and international municipalities' authorities or agencies and Federal officials' federal lawsuit.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK                                    Docket No: **22 CV 436 (DKS)-(DJH)**

--------------------------------------------------------------------------------X      **AMENDED COMPLAINT**

GILBERT LAU                                                                              **QUESTION OF LAW-**

                                                                                        **FEDERAL LAWSUIT**

JOSE MERCADO
SUZAN MATOVU
JANE DOE I-10,000
JOHN DOE I-10,000

             Plaintiffs, on behalf of themselves

             And all others similarly situated, and

             As acting pro bono public,

-against-

DR. ANTHONY STEPHEN FAUCI,                                       **(BIVENS) ACTION**

U.S. NATIONAL INSTITUTE OF ALLERGY AND INFECTION DISEASES       **and 42 USC § 1983 ACTION**

**THE TRANSPORTATION SECURITY ADMINISTRATION**

SPIRST AIRLINES is a government-owned corporation established in 1983 to provide intercity passenger airlines service throughout the United States founded in 1983as a quasi-**public corporation** to operate many US passenger air routes, SPIRST AIRLINES receives a combination of **state** and **federal subsidies** but is managed as a for-profit organization

JOHN DOE (AKA MARRIO) of SPIRST AIRLINES Government Officer.

**AMTRAK National Railroad Passenger Corporation (Amtrak) (Amtrak is the National Railroad Passenger Corporation (Amtrak)** is a government-owned corporation established in 1971 to provide intercity passenger train service throughout the United States founded in 1971 as a quasi-**public corporation** to operate many US passenger rail routes, **Amtrak** receives a combination of **state** and **federal subsidies** but is managed as a for-profit organization)
CENTERS FOR DISEASE CONTROL AND PREVENTION
DR. ROCHELLE P. WALENSKY, MD, MPH, Director of the Centers for Disease Control and Prevention, in her official capacity,
THE UNITED STATES OF AMERICA,
UNITED STATES OF AMERICA CORPORATION, as a Defendant
**THE UNITED STATES OF AMERICA, as a Defendant**
**& UNITED STATES OF AMERICA CORPORATION, as a Defendant**
**THE PEOPLE'S REPUBLIC OF CHINA as a Defendant**

1

RUSSIA, OR THE RUSSIAN FEDERATION, is a country spanning Eastern Europe as a Defendant
UKRAINE is a country in Eastern Europe. It is the second-largest country by area in Europe after Russia- as a Defendant
CANADA as a Defendant
AUSTRALIA as a Defendant as a Defendant
ISRAEL as a Defendant as a Defendant
THE REPUBLIC OF UGANDA is a landlocked country in East Africa as a Defendant
THE REPUBLIC OF COLOMBIA
NEW ZEALAND as a Defendant
Indonesia as a Defendant
**WORD HEALTH ORIGANIZATION (WHO)** as a Defendant
UNITED AIRLINES
UNITED AIRLINES PLANE OFFICE JOHN DOE
AMERICAN AIRLINES
JANE DOE I-10,000
JOHN DOE I-10,000

      Defendants

-------------------------------------------------------------------------------X

## PRELIMINARY STATEMENT

1.  What this fight is all about unconstitutional **Federal Transportation Mask Mandate** and one of the base the sarscov2 virus has never been proven to exist and Plaintiff Gilbert Lau, Co-Plaintiff Jose Mercado and Co-Plaintiff Suzan Matovu and Co-Plaintiffs John Doe 1-10,000 and Co-Plaintiffs Jane Doe 1-10,000 brings this suit to permanently enjoin enforcement of the Federal Transportation Mask Mandate ("FTMM") and the International Traveler Testing Requirement ("ITTR") put into place by orders of Defendants Centers for Disease Control & Prevention ("CDC"), Dr. Rochelle Walensky, Director of the Centers for Disease Control and Prevention, in her official capacity, Department of Health & Human Services ("HHS"), Transportation Security Administration ("TSA"), Department of Homeland Security ("DHS"), Department of Transportation ("DOT"), and Plaintiffs filed this action against the three private Airlines Defendants and Federal Government owned Airline Defendant and Government owned Railroad Defendant June 14, 2021 alleges violation of the Air Carrier Access Act ("ACAA") and safety of their passengers by illegally mandating masks that cause harm to human health in violation of the terms of their operator certificated issued by the Federal Aviation Administration ("FAA") under 49 USC § 44702.

2. Plaintiffs also seek to enjoin any ban for refusing to wear face coverings issued by Defendants Centers for Disease Control & Prevention ("CDC"), Dr. Rochelle Walensky, Director of the Centers for Disease Control and Prevention, in her official capacity, Department of Health & Human Services ("HHS"), Transportation Security Administration ("TSA"), Department of Homeland Security ("DHS"), Department of Transportation ("DOT"), and Federal Government owned Airline Defendant and Government owned Railroad Defendant June 14, 2021 alleges violation of the Air Carrier Access Act ("ACAA") and safety of their passengers by illegally mandating masks that cause harm to human health in violation of the terms of their operator certificated issued by the Federal Aviation Administration ("FAA") under 49 USC § 44702.

3. Plaintiffs also seek to enjoin any harassment for refusing to wear face coverings issued by Defendants Centers for Disease Control & Prevention ("CDC"), Dr. Rochelle Walensky, Director of the Centers for Disease Control and Prevention, in her official capacity, Department of Health & Human Services ("HHS"), Transportation Security Administration ("TSA"), Department of Homeland Security ("DHS"), Department of Transportation ("DOT"), and Federal Government owned Airline Defendant and Government owned Railroad Defendant June 14, 2021 alleges violation of the Air Carrier Access Act ("ACAA") and safety of their passengers by illegally mandating masks that cause harm to human health in violation of the terms of their operator certificated issued by the Federal Aviation Administration ("FAA") under 49 USC § 44702 and 42 USC § 1983, 42 USC § 1985, 42 USC § 1986, *Bivens v. Six Unknown Federal Agents* 403 U.S. 388 (1971), Americans with Disabilities Act, 42 U.S. Code § 12203 - Prohibition against retaliation and coercion. 4. This is an action alleging violations of Plaintiff's Constitutional, Human Rights and civil rights by Airlines flight from this action also alleges violations of Plaintiff's rights under the Americans with Disabilities Act or Rehabilitation Act.

4. **This fight about is Defendant Spirit Airlines, and Defendant John Doe (aka Mario) and Plaintiff has video footage which an illegal, unconstitutional activity in the airplane and Governmental Fight attend conversion and intimidate all fight passengers going to domestic in the USA.**

5. Plaintiffs Lau, Barton and Mercado suit brings this suit to permanently enjoin enforcement of the Federal Transportation

6. Mask Mandate ("FTMM") and the International Traveler Testing Requirement ("ITTR") put into place by

7. Orders of Defendants Centers for Disease Control & Prevention ("CDC"), Department of Health & Human

8. Services ("HHS"), Transportation Security Administration ("TSA"), Department of Homeland Security

9. ("DHS"), Department of Transportation ("DOT"), and President Joseph Biden (collectively "the Federal

10. The defendants' goal of easing the impact of COVID-19 is laudable but grossly misguided. In attempting to mandate masks for all American travelers and to require anyone flying into the United States – even those fully vaccinated and/or with natural immunity – to obtain an expensive coronavirus test within three days of departing a foreign nation, defendants have acted without statutory authorization or following the rulemaking process required by the Administrative Procedure Act ("APA"). These policies also raise serious constitutional concerns. Because of the FTMM, numerous state, local, and regional transportation agencies are required to enforce a federal policy that is in direct conflict with state law.

11. The Court should hold unlawful and immediately vacate both the Dr. Fanci, CDC, and the TSA because they are improper, illegal, and unconstitutional exercises of executive authority. Both mandates are procedurally defective because the Federal Defendants adopted a rule without following the APA's notice-and-comment requirements or considering the impact on tens of millions of travelers such as myself. They also ignored countless scientific and medical data showing that face masks are totally ineffective in reducing coronavirus spread (and are actually harmful in many circumstances), CDC's own updated guidance on masks for Americans who are fully vaccinated against COVID-19, and numerous other data regarding the negative effects of mandating masks and international travel coronavirus testing.

12. Both the Dr. Fanci, CDC and TSA exceed CDC's statutory authority because § 361 of the Public Health Service

13. Act contains no authority to adopt a nationwide mask mandate for the transportation (or any other) sector nor a first-of-its-kind requirement that anyone flying into the United States be tested for a disease. Congress never intended for the Executive Branch to have the authority to promulgate these polices –and even if it did, they are unconstitutional. Furthermore, Congress has enacted at least 20 laws directly concerning the coronavirus pandemic, yet none of these have authorized a mask mandate or international testing requirement. The Federal Defendants may not exercise their authority in a manner that is inconsistent with the administrative structure that Congress enacted.

14. The Defendant Airlines and railroads are arbitrary and capricious because the Federal Defendants and Private Defendants failed to reasonably explain why other measures are insufficient to tackle the rapidly declining COVID-19 infection and death rates.

15. Furthermore, the the Dr. Fanci, CDC and TSA raise constitutional questions including separation of powers, right to due process, the freedom to travel, and states' rights, among others. If Section 361 of the Public

4

Health Service Act confers such broad authority upon Defendant CDC to adopt these policies, the statute would violate the non-delegation doctrine because it contains no intelligible principle guiding CDC's exercise of its authority. The FTMM and ITTR are also unconstitutional because they effectuate a taking of private property (transportation services paid for) without just compensation and delegate enforcement and exemption decision-making to nonfederal entities.

16. Plaintiffs also seek to declaratory judgment to compel the private and government owned Airlines reinstate victims and Plaintiffs are still ban from refuse to wear a mask on airports and airlines

17. Plaintiffs also seek to declaratory judgment to compel the private and government owned Airlines reinstate victims and Plaintiffs are still ban from refuse to wear a mask on Defendant Amtrak

18. Plaintiffs also seek to declaratory judgment to compel or a writ of mandamus against federal governments Defendants on ban from refuse to wear a mask on Federal Transportation regardless or despite of the prior decision in Florida decision overturning the mask mandate on face coverings issued by Defendants Centers for Disease Control & Prevention ("CDC"), Dr. Rochelle Walensky, Director of the Centers for Disease Control and Prevention, in her official capacity, Department of Health & Human Services ("HHS"), Transportation Security Administration ("TSA"), Department of Homeland Security ("DHS"), Department of Transportation ("DOT"), and for declaratory judgment for unconstitutional any requirement to wear face coverings issued by Defendants Centers for Disease Control & Prevention ("CDC"), Dr. Rochelle Walensky, Director of the Centers for Disease Control and Prevention, in her official capacity, Department of Health & Human Services ("HHS"), Transportation Security Administration ("TSA"), Department of Homeland Security ("DHS"), Department of Transportation ("DOT").

19. Finally, Plaintiffs also seek to declaratory judgment that the So-called sarscov2 virus has never been proven to exist as matter of fact.


A. Over 30 countries under **FREEDOM OF INFORMATION** were asked to produce evidence the existence of sarscov2 and no country, no agency, nobody can produce evidence that the sarscov2 virus exists because it does not exist.

B. In fact, Steve Kirsh offered one million dollars for anyone who can produce evidence that sarscov2 exists. No one has been able to prove that sarscov2 exists and no one has claimed the one million dollars offered for proof.

C. If no one can produce evidence that sarscov2 exists, the so-called virus that COVID-19 is based on, then how can anyone make a vaccine for a virus no one has been able to prove exists.

D. In addition, the PCR TEST does not test for infectious disease. The PCR only tests for GENETIC MATERIAL. So all of the fake results that people had COVID were based on lies because the PCR does not detect infection only genetic material.

E. The whole pandemic scamdemic is one big lie.

20. This lawsuit is further about other countries including the Defendant WHO for unconstitutional any requirement to wear face coverings issued by Defendants WHO, China or the People' Republic of China as Defendant, Russia, or the Russian Federation, is a Country Spanning Eastern Europe as a Defendant, Ukraine is a country in Eastern Europe. It is the second-largest country by area in Europe after Russia- as a Defendant, Canada as a Defendant, Australia as Defendant, Israel as a Defendant, The Republic of Uganda is a landlocked country in East Africa as a Defendant, The Republic of Colombia, New Zealand as a Defendant and Indonesia as a Defendant are in fact still forcing citizen to wear in transportation citizen regardless Florida's decision because another independent countries.

## PARTIES

21. Plaintiff GILBERT LAU resides in New York, New York.

22. Plaintiff JOSE MERCADO resides in New York, New York

23. Plaintiff SUZAN MATOVU Hereafter as Suzan Matovu from Uganda.

24. Defendant Dr. Anthony Stephen Fauci is an American physician-scientist and immunologist who serves as the U.S. National Institute of Allergy and Infectious Diseases and the chief medical advisor to the president. He is sued in his official capacity.

25. Defendant U.S. National Institute of Allergy and Infectious Diseases

26. Defendant, **Centers for Disease Control and Prevention ("CDC")** issued and is implementing the Mask Mandate, 86 Fed. Reg. 8025. See Ex. B. The CDC is a component of Defendant the Department of Health & Human Services ("HHS").

27. Defendant Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity.

6

28. Defendant, **The Food and Drug Administration** issued and is implementing the Mask Mandate, 86 Fed. Reg. 8025. See Ex. A. **The Food and Drug Administration** is a component of Defendant the Department of Health & Human Services ("HHS").

29. Defendant, Health & Human Services ("HHS") implementing the Mask Mandate, 86 Fed. Reg. 8025. See Ex. A.

30. Defendant **Transportation Security Administration is a federal government that** manages security policies for railroads, buses, pipelines, ports, mass transit systems, and highways. In transportation hubs, the TSA screens baggage and travelers at most of the major airports in the United States. It oversees contracts that are held by private screening firms who serve in a similar capacity and are entitled to be sued in pursuant to **Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 US 388 (1971),** the First, Fourth, Fifth Amendments and Fourteen Amendments to the US Constitution.

31. Defendants are the United States, appointed officials of the United States government, and United States governmental agencies responsible for issuing and implementing the challenged administrative actions.

32. Defendant, The United States of America, are sued herein under 5 U.S.C. §§ 702–03 and 28 U.S.C. § 1346.

33. Defendant, The United States Corporation, are sued herein under 5 U.S.C. §§ 702–03 and 28 U.S.C. § 1346 and USA is not Constitutional Republic but US Corporation as authorized under 28 USC § 3002(15(a).

34. Defendant **THE PEOPLE'S REPUBLIC OF CHINA** are sued herein under The Foreign Sovereign Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§ 1330, 1332, 1391, 1441 and 1602-1611 and 28 U.S.C. § 1332(4) that provides "is the primary means for **bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities**

35. Defendant **RUSSIA, OR THE RUSSIAN FEDERATION** are sued herein under The Foreign Sovereign Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§ 1330, 1332, 1391, 1441 and 1602-1611 and 28 U.S.C. § 1332(4) that provides "is the primary means for **bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities**

36. Defendant **UKRAINE is a country in Eastern Europe. It is the second-largest** are sued herein under The Foreign Sovereign Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§ 1330, 1332, 1391, 1441 and 1602-1611 and 28 U.S.C. § 1332(4) as a **country by area in Europe after Russia- as a Defendant** "is the primary means for **bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities** and 28 U.S.C. § 1332(4)

37. Defendant **AUSTRALIA as a Defendant** are sued herein under The Foreign Sovereign Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§

1330, 1332, 1391, 1441 and 1602-1611 and 28 U.S.C. § 1332(4) for bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities

38. Defendant ISRAEL as a Defendant are sued herein under The Foreign Sovereign Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§ 1330, 1332, 1391, 1441 and 1602-1611and 28 U.S.C. § 1332(4). for bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities

39. Defendant **THE REPUBLIC OF UGANDA is a landlocked country in East Africa as a Defendant** are sued herein under The Foreign Sovereign Immunities Act of 1976 (FSIA) 28 U.S.C. § 1332(4) for bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities

40. Defendant **THE REPUBLIC OF COLOMBIA** as a Defendant are sued herein under The Foreign Sovereign Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§ 1330, 1332, 1391, 1441 and 1602-1611 and 28 U.S.C. § 1332(4) for bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities.

41. Defendant NEW ZEALAND as a Defendant are sued herein under The Foreign Sovereign Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§ 1330, 1332, 1391, 1441 and 1602-1611and 28 U.S.C. § 1332(4) for bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities.

42. Defendant INDONESIA, as a Defendant are sued herein under The Foreign Sovereign Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§ 1330, 1332, 1391, 1441 and 1602-1611and 28 U.S.C. § 1332(4) for bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities.

43. Defendant Spirit Airlines is a federal government-owned corporation entitled to be sued in pursuant to **Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 US 388 (1971),** the First, Fourth, Fifth Amendments and Fourteen Amendments to the US Constitution.

44. Defendant Spirit Airlines is a government-owned corporation established in 1983 to provide intercity passenger airlines service throughout the United States founded in 1983 as a quasi-**public corporation** to operate many US passenger air routes, SPIRST AIRLINES receives a combination of **state** and **federal subsidies** but is managed as a for-profit organization sued in pursuant to **Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 US 388 (1971),** the First, Fourth, Fifth Amendments and Fourteen Amendments to the US Constitution.

45. Defendant Spirit Airlines officer John Doe (aka Mario) is, upon information and belief, a resident of the State of New York.  Officer Doe is

8

an African American, mid set man in his 40s or 50s. Officer Doe was acting in furtherance of his employment as described in this Complaint.

46. Defendant Amtrak, the **National Railroad Passenger Corporation (Amtrak**) is a government-owned corporation established in 1971 to provide intercity passenger train service throughout the United States founded in 1971 as a quasi-**public corporation** to operate many US passenger rail routes, **Amtrak** receives a combination of **state** and **federal subsidies** but is managed as a for-profit organization. See, www.google.com as matter of Fact and entitled to be sued in pursuant to **Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 US 388 (1971),** the First, Fourth, Fifth Amendments and Fourteen Amendments to the US Constitution and entitled to be sued in pursuant to 42 USC **§ 1983,** the First, Fourth, Fifth Amendments and Fourteen Amendments to the US Constitution because Amtrak, the **National Railroad Passenger Corporation (Amtrak**) is a government-owned corporation established in 1971 to provide intercity passenger train service throughout the United States founded in 1971 as a quasi-**public corporation** to operate many US passenger rail routes, **Amtrak** receives a combination of **state subsidies, see,** www.google.com

47. Defendant Centers for Disease Control and Prevention is a federal government agency entitled to be sued in pursuant to **Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 US 388 (1971),** the First, Fourth, Fifth Amendments, and Fourteen Amendments to the US Constitution.

48. Defendant United Airlines is an Inc. is publicly traded through its parent company, **United Airlines** Holdings. Inc., which is a Delaware corporation, on the New York Stock Exchange NYSE: UAL, with a market capitalization of over US$21 billion as of January 2018.

**JURISDICTION AND VENUE & STANDING**

9

49. This is a civil action brought pursuant to 5 U.S.C. § 706(2) (C) and 5

U.S.C. § 703 of APA (Administrative Procedure Act), **Air carrier**

**access Law** 49 U.S.C. § 41705 and **Bivens v. Six Unknown Named Agents of**

**the Federal Bureau of Narcotics, 403 US 388 (1971),** the First, Fourth,

Fifth Amendments and Fourteen Amendments to the US Constitution,

the Americans with Disabilities Act, and New York state law and the

Federal Aviation Administration ("FAA") under 49 USC § 44702, 42 USC §

1983, 42 USC § 1985, 42 USC § 1986 Americans with Disabilities Act, 42

U.S. Code § 12203 - Prohibition against retaliation and coercion.


50. This Court has the authority to grant the relief requested herein pursuant
to 5 U.S.C. § 702 & 706 and 28 U.S.C. §§ 2201-2202.

51. This is a civil action is also brought pursuant to Federal Aviation
Administration ("FAA") under 49 USC § 44702 and **Air carrier access Law**
49 U.S.C. § 41705, 42 USC **§ 1983, Bivens** the First, Fourth, Fifth
Amendments and Fourteen Amendments to the US Constitution on
Defendant Amtrak, the **National Railroad Passenger Corporation
(Amtrak)** only. **see,** www.google.com

52. This Court has subject matter jurisdiction over this action pursuant to 28
U.S.C. § 1331, 1343 28 U.S.C. § 1346, and 5 U.S.C. §§ 702-03.

53. Though the U.S. Constitution empowers federal courts to hear claims This
Court has subject matter jurisdiction over this action pursuant involving
"foreign states" (Art. III, Sec. 2), in its 1812 and This Court has subject
matter jurisdiction over this action pursuant to The Foreign Sovereign
Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§ 1330,
1332, 1391, 1441 and 1602-1611 and 28 U.S.C. § 1332(4) for bringing a
lawsuit against a foreign sovereign or its agencies and instrumentalities.

54. The venue is proper in this district because the actions underlying the
Complaint occurred in this district.

55. The venue is proper in this judicial district because provide Private
Defendant and Government Defendant is headquartered in the Northern

District of New York a civil action in which a defendant is... an agency of the United States... may, except as otherwise Judicial District in which in any Judicial District in which a defendant in the action reside...28 USC § 1391(e) (1).

---

1. No Jury trial because this is a question of law lawsuit.

## STATEMENT OF FACTS

### A. BACKGROUND FACTS

56. On November 23, 2020, Plaintiff in Albany County and the Plaintiff was stay in Albany, NY at the hotel Courtyard by Marriott Albany-227 Wolf Rd, Albany, NY 12205 for 3 three nights and the

11

Plaintiff was informed by Trunews, masks and COVID-19 and Coronavirus worldwide vaccines mandate by all airlines companies on approximate 7:30 PM.

57. Coronavirus worldwide vaccines was report by the news release this year.

58. Coronavirus worldwide vaccines in Fact in premature because realistic it take at last 10 years make it safe with no side effects.

59. Plaintiff is immune-compromised that mean Plaintiff cannot take any kind of vaccine or it will kill Gilbert Lau.

60. Bill Gates of Microsoft corporation and attach a transcript of video statement and CD audio annexed hereto Exhibit A, said himself Bill Gates said his Coronavirus worldwide vaccines has side effects and every other Coronavirus worldwide vaccines tested for side effects like for 1. Body chills, 2.

61. Plaintiff wrote a letter to Defendant Spirit Airlines complained of their policy and complained about Defendant John Doe (Mario) annexed hereto Exhibit A.

62. Plaintiff attach as annexed hereto Exhibit B- Dr. Simone Gold, MD, ESQ., JD, FABM on Masks-Civil Liberties. Denouncing masks as "It is clear to me as a physician-lawyer that the disinformation about both Covid-19 and the Constitution has caused us to turn a medical issue into a legal crisis.

63. "The scientific usefulness of a mask has been so aggressively overstated, and the

We have normalized people screaming obscenities at each other while hiking."

64. "The Covid virus was supposed to be contained in the kind of lab where people wear astronaut suits and go through triple sealed door. It is a con of massive proportion to assert that now, having escaped those environs, a bandana will magically do the trick."

65. "After all, size matters."

66. "The pore size of cloth face coverings range from ~ 20-100 microns. The Covid virus is 200-1000x smaller than that, at 0.1 microns. Putting up a chain link fence will not keep out a mosquito. Even the most esteemed medical journals admit their purpose is to calm anxiety. "Expanded masking protocols' greatest contribution may be to reduce the transmission of anxiety ..."

67. "Of course, by knowledge or common sense observation, most Americans already know that masking everyone is superstition. But unlike privately carrying a lucky charm, mandating facial coverings requires the consent of the governed."

68. "Many cultures mandate clothing that appears totally irrational to outsiders. Never have those cultures pretended that there is a scientific basis for their clothing requirement. Their leaders rule,

12

and their citizens accept, that their choice of clothing is due to religious or cultural preference."

69. Not wearing a mask is not mere "personal choice" like deciding between a head covering and a t-shirt. It is a flashpoint for being a free human being who has consented to be governed but has not consented to be ruled. We do not consent to a masked America, because that is a fundamental change in American society, culture, norms, and rights. People who are apathetic toward their own liberty cannot eliminate Constitutional rights for those who are not. This is not the first (or last) time that people who believe in superstition are screaming the loudest. The Constitution exists precisely to protect all people during times of mass hysteria.

70. "The mask has become the most visible symbol of #social conditioning to Americans determined to preserve individual freedom. Thus far most Americans have continued to give their consent to be governed. But you are trying our patience."

71. This is - Dr. Simone Gold, MD, ESQ., JD, FABM on Masks-Civil Liberties own by her statement as exhibit B and Plaintiff's (expect witness herewith as of Fact.)

72. On July 9, 2020 at 5:55 PM from Peripheral (blood), Ordered by Dr. Paul L Glassman, MD and Resulted on 07/09/2020 9:46 PM **Annexed as Exhibit L hereto is a true and correct copy of COVID-19 ANTIBODY IGG – Details AND CBC WITH DIFFERENTIAL – Details BY DR. PAUL L. GLASSMAN, MD ON JULY 9, 2020**

73. Plaintiff was tested for COVID-19 on July 9, 2020 on 5:55 PM, by Dr. Paul L. Glassman, MD and determination by blood tests the Plaintiff was final determinate to be negative with NO COVID-19.

74. By the Plaintiff with a negative tests results on July 9, 2020 on 9:46 by Dr. Paul L. Glassman, MD, is Prima Facie Evidence this COVID-19 is fake, sham, hoax and a scam coronavirus and COVID-19 is made put tyrannical control in this Country as matter of Fact. Annexed as Exhibit M hereto is a true and correct copy of COVID-19 ANTIBODY IGG – Details AND CBC WITH DIFFERENTIAL – Details BY DR. PAUL L. GLASSMAN, MD ON JULY 9, 2020. **Annexed as Exhibit L hereto is a true and correct copy of Blood test results** BY DR. PAUL L. GLASSMAN, MD ON JULY 9, 2020

75. On or about November 23, 2020 on a Sunday Plaintiff's bear witness

at in the street in Albany, New York that this Pandemic and insidious

virus, it is a hoax and fake:

a. **I do not wear outside when I did not have COVID-19 see Plaintiff with a negative test results on July 9, 2020 on 9:46 PM by Dr. Paul L. Glassman, MD attached hereto Exhibit L.**

b. **People are not dropping dead in the streets in Albany, New York**

c. **Homeless People are not dropping dead in the streets in Albany, New York nor collecting their bodies in this Streets.**

76. On or about December 28, 2020 on a Monday Plaintiff's bear witness

at in the street in Albany County and New York City, New York that

this Pandemic and insidious virus, it is a hoax and fake:

a. **I do not wear outside when I did not have COVID-19 see Plaintiff with a negative test results on July 9, 2020 on 9:46 PM by Dr. Paul L. Glassman, MD attached hereto Exhibit C.**
b. **People are not dropping dead in the streets in New York City New York, New York State.**
c. **Homeless People are not dropping dead in the streets in New York City, New York nor collecting their bodies in this Streets.**
d. **Plaintiff has a video footed as evidence and will presented in trial the NYU Hospital frontline employees were dancing during the allege pandemic. This is prove the pandemic is fake!**
e. **The hospital are not overrun with COVID-19 patients and the Plaintiff has Fact is poof by video footed as evidence and will presented in trial the NYU Hospital frontline employees were dancing during the allege pandemic. This is prove the pandemic is fake and a fraud pandemic!**

77. December 31, 2020, at 4:09 PM, in New York City, New York State Plaintiff Bear fact witness in NYU Hospital on saw emergency room and there was no overwhelm COVID patients where it supposed to be in all emergency room in hospitals in the United States of America.

78. Pandemic and insidious virus base on the above paragraph 51 is a fake, sham, con, and hoax as a matter of Fact.

79. Plaintiff has a friend that collaborates with Mr. Lau with the facts that in Fact Hospital in New York State are not backup with COVID-19 Patients.

80. Plaintiff friend saw no COVID-19 Patients in Lenox Hill Hospital and in New York Weill Cornell hospital friend report the Fact the hospital is not overwhelmed with COVID-19 Patients.

81. This Fact has proven. COVID-19 is a hoax or a sham.

82. **Plaintiff wear the mask in D'Agostino Supermarkets on April 13, 2021 at 8:05 PM in an undisclosed location and Plaintiff was very lightheaded and lose conscious.**

83. **Please See, Lead Plaintiff Lau sworn affidavit to testify facts of Plaintiff factual experience of mask wearing. Annexed as Exhibit N hereto is a true and correct copy of Affidavit of Plaintiff Gilbert Lau.**

84. **Lead-Plaintiff Lau's doctors and possible medical expert witness Dr. Erica Steele, issued a Mask and vaccine exemption due to the following:**
    **A. medical limitations:**

14

        **B.  Oxidative stress (E88.49)**

        **C.  Proinflammatory Response (R.65.10)**

        **D.  Cardiovascular Risk (151.9)**

        **E.  Liver Disease (Risk 151.9)**

        **F.  Liver Cell Damage (K77)**

85. **In Dr. Erica Steele Expert Medical opinion "It is not recommended for Gilbert Lau to recived the COVID-19 vaccine indefinitely due to aforementioned medical conditions." Annexed as Exhibit B hereto is a true and correct copy of Dr. Erica Steele Medical Exception for Mask and vaccine.**

86. **This is new evidence in the Amended Complaint.**

AS FOR JOSE MERCADO AS A CO-PLAINTIFF PRO SE

## A.  CO-PLAINTIFF JOSE MERCADO STATEMENT OF FACTS

87. Co-Plaintiff Jose Mercado has suffered two heart attacks because of face-covering, and the COVID-19 vaccine will make the matter very worst.

15

88. Co-Plaintiff Jose Mercado has two open-heart surgeries, and if Co-Plaintiff Jose Mercado is wearing the face mask and injecting the COVID-19 on Co-Plaintiff, Jose Mercado will kill Co-Plaintiff Mercado.

89. Co-Plaintiff Jose Mercado cannot tolerate wearing the mask because of their heart condition on the airplane and any public transportation including trains and buses.

## B.  CO-PLAINTIFF SUZAN MATOVU STATEMENT OF FACTS

90. Co-Plaintiff Suzan Matovu has Standing to sue The Republic Uganda under under The Foreign Sovereign Immunities Act of 1976 (FSIA) are sued herein under 28 U.S.C. §§ 1330, 1332, 1391, 1441 and 1602-1611 and 28 U.S.C. § 1332(4) that provides "is the primary means for **bringing a lawsuit against a foreign sovereign or its agencies and instrumentalities** against The Defendant Republic Uganda and Defendant The United States of America aka Defendant The United States Corporation under 28 USC § 3002(15(a).

91. Co-Plaintiff Suzan Matovu has the legal right to sue Defendant The United States of America aka: US Corporation under 28 U.S. Code § 2502 - Aliens' privilege to sue Defendant The United States of America aka: US Corporation provides:

A.  "Citizens or subjects of any foreign government which accords to citizens of the United States the right to prosecute claims against their government in its courts **may sue the United States in the United States Court of Federal Claims if the subject matter of the suit is otherwise within such court's jurisdiction.**"

96. Co-Plaintiff Suzan Matovu sues Defendant The Republic Uganda because of the fact she cannot tolerate the mask because allergies and anxiety as well of panic attacks and she has asthma and wear mask force on her will dangerous asthma problems.

97. Defendant The Republic Uganda are still enforcing their mandate on The Federal Transportation Mask Mandate must be overturned because it violated international Lau under The Federal Transportation Mask Mandate in pursuant to Article 32 of the 1949 Geneva Convention IV because the Federal Transportation Mask Mandate is use as human experiment should be [ ] designed and based on the results of animal experimentation" such as mask wearing on Uganda airplanes that sill enforces the mask mandate and Defendant Government of Uganda do not care of the Florida Court decision in their Federal Court.

98. Defendant Government of Uganda **are liable under** the Article 32 of the 1949 Geneva Convention IV to Co-Plaintiff Suzan Matovu as make her a mask wearing- human experiment.

## AS FOR THE UNITED STATES OF AMERICA AS A DEFENDANT

16

99. On or about March 20, 2020, The Defendant The United States of America an Executive Order on national emergency to force travel to mask up but *The Executive Order cites no statutory authority to support its broad, sweeping mandate, and does not expressly refer to any national emergency to force travel mask up when there is no statutory requirement to force mask wear on passages as a matter of fact."*

100. Defendant The United States of America order everybody in the Federal Transportation System mask up or force being banned forever from flying or riding again or face of being not working in the Federal Transportation system again regarding airlines, trains and bus employees.

101. Defendant The United States of America is not congress nor did they not delegate to pass legislation in this country as matter of law except the US Congress.

102. Defendant The United States of America order every airlines, bus and train companies in the Federal Transportation System mask up or force being banned from ever from flying or riding again or face of being not working in the Federal Transportation system again regarding airlines, trains and bus employees.

103. Defendant The United States of America committed un-delegation conduct where the Government was without delegation nor the Defendant the United States of America is without *statutory authority to force mask wear on passages and employee as Executive Order by the Defendant The United States of America issue by the Government without prior US Congress Approver.*

104. On or about March 20, 2020, Defendant the United States of America with the Defendant People of Republic of China had on trade business relationship since WWII.

105. Defendant The United States of America with the Defendant People of Republic of China had invested on trading with other relationship

106. Defendant People of Republic of China produced products for the Defendant the United States of America since WWII.

17

**107. The actions of all Defendant were performed within the scope of his employer and authority, for whose acts the defendant The United States of America are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3) with the Defendant China.**

### AS FOR THE UNITED STATES OF CORPOATION AS A DEFENDANT

108. The Defendant United States of America is as known as Defendant The United States Corporation in pursuant to 28 USC § 3002(15(a) and USA is not Constitutional Republic but is a US Corporation as authorized under 28 USC § 3002(15(a).

109. The Defendant United States Corporation in pursuant to 28 USC § 3002(15(a) on or about March 14, 2020 rigged COVID-19 along other Defendants countries like China, Russian, Columbia, Uganda, Australia, Canada, Israel. New Zealand. And Indonesia planed this so called pandemic in order to enrich themselves.

110. Defendant United States Corporation in pursuant to 28 USC § 3002(15(a) made a mandate the mask mandate on the airlines, trains and buses  on or about March 20, 2020 and planned this pandemic within Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky   , MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.Us. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

**111. The actions of all Defendant were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant

**Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

### AS FOR THE PEOPLE OF THE REPUBLIC OF CHINA AS A DEFENDANT

112. Defendant The People of the Republic of China made this bioweapon for control and profit for global rules and election rigging and trying make rest of the world in communist one world government.

113. Defendant The United States Corporation aka Defendant The United States of America, Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

114. Defendant The People of the Republic of China and Defendant The United States Corporation aka Defendant The United States of America, Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia,  Defendant Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant Transportation Security Administration, Defendant U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President world mask mandate violates international under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code of international law.

115. Defendant The People of the Republic of China's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## AS FOR THE RUSSIAN FEDERATION AS A DEFENDANT

116. Defendant the Russian Federation violated international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code as make their people and visitor of countries, like tourist, people who work start a business in Russia as well go their colleges and University mask wear a mask on airplanes and Russia do not have our federal case law handed down by the Florida federal judge just recently made about two or three mouth but Defendant The People of the Republic of China and Defendant WHO, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Defendant Canada, The Defendant Australia, Defendant Israel, Defendant  Indonesia, is allowed to ignore Federal case law because different nation because these countries cannot ignore international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

117. Defendant the Russian Federation's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## AS FOR THE UKRAINE AS A DEFENDANT

118. Defendant Ukraine violated international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code as make their people and visitor of countries, like tourist, people who work start a business in Russia as well go their colleges and University mask wear a mask on airplanes and Russia do not have our federal case law handed down by the Florida federal judge just recently made about two or three mouth but Defendant The People of the Republic of China and Defendant WHO, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Defendant Canada, The Defendant

Australia, Defendant Israel, Defendant  Indonesia, is allowed to ignore Federal case law because different nation because these countries cannot ignore international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

119. Defendant Ukraine owns their own government airlines called Ukraine airlines and they not have to comply with the Florida Federal district Judge Decision and order overturning the mask mandate on federal transportation system because they are another country but the Government of Ukraine must complied with international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

120. Defendant Ukraine made a mandate the mask mandate on the airlines, trains and buses on or about **March 20, 2022** and planned this pandemic within Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.Us. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

**121. The actions of all Defendant were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and

immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

122. Defendant Ukraine mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## AS FOR THE REPUBLIC OF UGANDA AS A DEFENDANT

123. The Defendant of the Republic of Uganda is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

22

124. The mask mandate by Defendant of the Republic of Uganda is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

125. The Defendant of the Republic of Uganda violated international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code as make their people and visitor of countries, like tourist, people who work start a business in Russia as well go their colleges and University mask wear a mask on airplanes and Russia do not have our federal case law handed down by the Florida federal judge just recently made about two or three mouth but Defendant The People of the Republic of China and Defendant WHO, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Defendant Canada, The Defendant Australia, Defendant Israel, Defendant Indonesia, is allowed to ignore Federal case law because different nation because these countries cannot ignore international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

126. Co-Plaintiff Suzan Matovu and Lead Plaintiff Gilbert Lau sues the The Defendant of the Republic of Uganda because:

127.    Co-Plaintiff Suzan Matovu cannot tolerate wearing the mask because of their heart & stomach condition on the airplane and any public transportation including trains and buses.

**128.**    Lead Plaintiff Gilbert Lau cannot tolerate wearing the mask because of there are **issues of the Mask and vaccine exemption due to the following:**

   **A. medical limitations:**

   **G. Oxidative stress (E88.49)**
   **H. Proinflammatory Response (R.65.10)**
   **I.  Cardiovascular Risk (151.9)**
   **J.  Liver Disease (Risk 151.9)**
   **K. Liver Cell Damage (K77)**

**129.**    In Dr. Erica Steele Expert Medical opinion "It is not recommended for Gilbert Lau to recived the COVID-19 vaccine indefinitely due to aforementioned medical conditions." Annexed as Exhibit B hereto is a true and correct copy of Dr. Erica Steele Medical Exception for Mask and vaccine as I stated on paragraph 84 to 85 in the Amended Complaint.

130.    Defendant of the Republic of Uganda mask mandate international fights
violated international law under Nuremberg code because we are not a social
experiment and guinea pigs.

## AS FOR THE REPUBLIC OF COLOMBIA AS A DEFENDANT

131.    The Defendant of the Republic of Colombia, is require all their flight
passage to wear a mask regardless decision of federal Court in Florida.

132.    The Defendant of the Republic of Colombia, owns their own government
airlines called Avianca airlines and they not have to comply with the Florida
Federal district Judge Decision and order overturning the mask mandate on
federal transportation system because they are another country but the
Government of Ukraine must complied with international law under the Article
32 of the 1949 Geneva Convention IV aka Nuremberg code

133.    The Defendant of the Republic of Colombia owns **Avianca airlines.**

> **"Avianca S.A.** (acronym in Spanish for *Aerovias del Continente Americano
> S.A.*, "Airways of the American Continent") is a Colombian airline. It has been
> the flag carrier of Colombia [3][4] since December 5, 1919, when it was initially
> registered under the name SCADTA."

134.    Lead Plaintiff Gilbert Lau sues the The Defendant of the The Defendant of
the Republic of Colombia because: Lead Plaintiff Gilbert Lau cannot tolerate
wearing the mask because of there are **issues of the Mask and vaccine exemption due to
the following:**

A. medical limitations:

L.   Oxidative stress (E88.49)

M.  Proinflammatory Response (R.65.10)

N.   Cardiovascular Risk (151.9)

O.   Liver Disease (Risk 151.9)

P.   Liver Cell Damage (K77)

135.    In Dr. Erica Steele Expert Medical opinion "It is not recommended for Gilbert Lau
to recived the COVID-19 vaccine indefinitely due to aforementioned medical
conditions." Annexed as Exhibit B hereto is a true and correct copy of Dr. Erica Steele
Medical Exception for Mask and vaccine as I stated on paragraph 84 to 85 in the
Amended Complaint against the Defendant of the Republic of Colombia.

136.    The Defendant of the Republic of Colombia mask mandate international
fights violated international law under Nuremberg code because we are not a
social experiment and guinea pigs.

### AS FOR THE CANADA AS A DEFENDANT

137.    The Defendant Canada is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

138.    The mask mandate by Defendant Canada is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

**139.**    Defendant Canada, Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia,  **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

**140.**    **The actions of the Defendant Canada were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

### AS FOR THE AUSTRALIA AS A DEFENDANT

141.    The Defendant Australia is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

142.    The mask mandate by Defendant Australia is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

143.    Defendant Australia, Defendant Canada Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

144.    **The actions of the Defendant Australia  were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

145.    Defendant Australia's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

**AS FOR THE ISRAEL AS A DEFENDANT**

146.    The Defendant Israel is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

147.    The mask mandate by Defendant Israel is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

148.    Defendant Israel, Defendant Australia, Defendant Canada Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada,

26

Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

149.   **The actions of the Defendant Israel were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

150.   Defendant Israel's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## AS FOR THE NEW ZEALAND AS A DEFENDANT

151.   The Defendant New Zealand is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

152.   The mask mandate by Defendant New Zealand is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

153.   Defendant New Zealand Defendant Israel, Defendant Australia, Defendant Canada Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle

Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

154.    **The actions of the Defendant New Zeland were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

155.    Defendant New Zealand's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## AS FOR THE INDONEIA AS A DEFENDANT

156.    The Defendant Indonesia is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

157.    The mask mandate by Defendant Indonesia is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

158.    Defendant Indonesia, Defendant New Zealand, Defendant Israel,
Defendant Australia, Defendant Canada, Defendant WHO, Defendant CDC, The
Defendant The republic Colombia, Defendant The Republic of Uganda,
Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia,
**Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for
Disease Control and Prevention and is sued in her official capacity Defendant
USA, Defendant **Transportation Security Administration, Defendant** U.S.
National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen
Fanci, is an American Physician-scientist and immunologist who serves as the U.S.
National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the
President.

159.    **The actions of the Defendant Indonesia were performed within the scope
of his employer and authority, for whose acts the defendant The United States
Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. §
1985(3)** with the Co-Defendants WHO, The republic Colombia, The people
of the Republic of China, The Republic of Uganda, Ukraine, Russian
Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control
and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the
Centers for Disease Control and Prevention and is sued in her official capacity
Defendant **Transportation Security Administration,** U.S. National Institute of
Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an
American Physician-scientist and immunologist who serves as the U.S. National Institutes
of Allergy and Infectious Diseases and the Chief medical advisor to the President.

160.    Defendant Indonesia's mask mandate international fights violated
international law under Nuremberg code because we are not a social
experiment and guinea pigs.

161.    Defendant Indonesia is require all their flight passage to wear a mask
regardless decision of federal Court in Florida.

162.    The mask mandate by Defendant Indonesia is violation of international
Human Right law under Article 32 of the 1949 Geneva Convention IV aka
Nuremberg code.

163.    Defendant Indonesia, Defendant Israel, Defendant Australia, Defendant
Canada Defendant WHO, Defendant CDC, The Defendant The republic
Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian
Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle
Walensky, MD, MPH. is the Director of the Centers for Disease Control and
Prevention and is sued in her official capacity Defendant USA, Defendant
**Transportation Security Administration, Defendant** U.S. National Institute of
Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an
American Physician-scientist and immunologist who serves as the U.S. National Institutes
of Allergy and Infectious Diseases and the Chief medical advisor to the President.

29

164. **The actions of the Defendant Indonesia were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

165. Defendant Indonesia's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

### AS FOR THE WORLD HEALTH ORGANIZATION AKA: (WHO) AS A DEFENDANT

*166.* Plaintiffs are suing the Defendant WHO because of the fact On or about March 20, 2020, The Co-Defendant The WHO an Executive Order on national emergency to force travel to mask up but *The Executive Order cites no statutory authority to support its broad, sweeping mandate, and does not expressly refer to any national emergency to force travel mask up when there is no statutory requirement to force mask wear on passages as a matter of fact."*

167. The mask mandate by Co-Defendant WHO is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

168. Defendant The United States of America order everybody in the Federal Transportation System mask up or force being banned forever from flying or riding again or face of being not working in the Federal Transportation system again regarding airlines, trains and bus employees.

169. Co-Defendant The WHO is not congress nor did they not delegate to pass legislation in this country as matter of law except the US Congress and parliament other countries legislation system.

170. Defendant The WHO order every airlines, bus and train companies in the Federal Transportation System mask up or force being banned from ever from flying or riding again or face of being not working in the Federal Transportation system again regarding airlines, trains and bus employees.

30

*171.*    Co-Defendant The WHO committed un-delegation conduct where the Government was without delegation nor the Defendant The WHO is without *statutory authority to force mask wear on passages and employee as Executive Order by the Defendant The WHO issue by the Government without prior US Congress and parliament of other nations Approver.*

172.    On or about March 20, 2020, Co-Defendant the WHO with the Co-Defendant People of Republic of China and had invested on trading with other relationship

**173.**    Defendant People of Republic of China, Co-Defendant the WHO and CO-Defendant CDC produced products for the Co-Defendant The WHO since WWII **with the Defendant China.**

174.    **The actions of all Defendant WHO were performed within the scope of his employer and authority, for whose acts the defendant The United States of America  are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985** and Co-Defendant WHO violated international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code as make their people and visitor of countries, like tourist, people who work start a business in Russia as well go their colleges and University mask wear a mask on airplanes and Russia do not have our federal case law handed down by the Florida federal judge just recently made about two or three mouth but Defendant The People of the Republic of China and Defendant WHO, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Defendant Canada, The Defendant Australia, Defendant Israel, Defendant Indonesia, is allowed to ignore Federal case law because different nation because these countries cannot ignore international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

175.    Co-Defendant the WHO's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

AS FOR DR. ANTHONY STEPHEN FAUCI AS A DEFENDANT

## The Outbreak

176.    There is, and has been, much fear being stirred amongst the public by both government and media sources about the dangers of COVID-19, the name being used for the effect of the current SARS-

31

CoV-2 outbreak.

177.   For months, since May 2020, The Gateway Pundit has

been reporting on Dr. Anthony Fauci's likely illegal funding of coronavirus

projects at the Wuhan Virology Center.

178.   It is clear that they successfully isolated the coronavirus in the lab and

were actively experimenting with species-to-species transmission by

Defendant Dr. Anthony Stephen Fauci.

179.    It's also important to note that back in 2017 we had solid intelligence

about a viral leak in a high security Chinese virology R&D center that

resulted in the SARS virus getting out and killing people.

180.    This information provides a basis that contradicts the theory that
COVID-19 is a variant that just magically mutated in a bat in the wild and
then jumped to a human when they ate a delicious bowl of bat soup.
Rogin said Saturday the only way to move forward from the pandemic is
to investigate its origins, including a real independent investigation in
Wuhan. And then we've got to check out all the labs here," he said. "Turn over
some rocks that are going to make some people very uncomfortable."

*181.*    Dr. Fauci and the National Institutes of Health were responsible for using
taxpayer dollars for gain of function research, to weaponize viruses to make
them more contagious and more deadly coerce to Airlines and trains to be the
mask police and to coerce airlines & trains patrons like Lead-Plaintiff Gilbert Lau,
Co-Plaintiff Joseph Barton and Co-Plaintiff Jose Mercado mask up when in fact
there is scientific evidence that do not to stop any virus and mask are harmful
and dangerous and deadly to the human body. Please see, **Annexed as Exhibit
A hereto is a true and correct copy of** *MASK-INEFFECTIVENESS*

182.    The Defendant Dr. Anthony Stephen Fauci himself has been at

the fake epicenter of stirring up some of that fear in New York. In

particular, the defendant falsely claimed on March 16, 2020 in a

nationally televised interview that Danbury Hospital was "at

capacity" and that "200 nurses from Danbury Hospital" were on

32

furlough from having

contact with Covid-19 infected people.            https://www. m sn bc. com/al l-
in/watch/conn-gov-200-nurses-fu     rloughed-due-to-lack-of-coronavirus-testing-
danbury-hospital-at-capacity-80736325731. As it turned out, there were 200
*hospital employees* - not just nurses - *across 7 hospitals in New York and
Connecticut* in the Nuvance Health umbrella that were furloughed, and Danbury
was *not* at capacity. https://www.myrecordjournal.com/News/State/200-health-
care-workers-possibly-exposed-to-virus-stay-home.

> 183. Since the first recorded case of COVID-19 in the U.S. on or
> about January 21, 2020, approximately 31,070 deaths have been
> attributed to the virus. https://www.cdc.gov/coronavirus/2019-
> ncov/cases-updates/cases-in-us.html.

> 184. The number of Covid-19 deaths in the U.S. is almost surely
> artificially inflated, because our governments are counting every
> dead person who tests positive either pre or post-mortem as a
> "COVID-19 death," *regardless of the actual cause of death. See,
> video of Dr. Deborah Birx, White House Coronavirus Response
> Coordinator, at Presidential Briefing on April 8, 2020:*
> https://www.realclearpolitics.com/video/2020/04/08/dr birx unlike
> some countries if someone dies with covid-19 we are counting that
> as a covid-

19 death.html.

> 185. Of the 11,356 deaths *fully* tabulated as of April 16, 2020 by the

CDC, 78% occurred in people aged 65 and above, and more than

91% of deaths involved people 55 or older.

https://www.cdc.gov/nchs/nvss/vsrr/COVID19/index.htm. Curiously,

as of April 16, 2020 it appears as though the State of New York is

the *only* state in the nation that has not yet submitted its data to the

CDC. https://www.cdc.gov/nchs/nvss/vsrr/COVID19/; (Exhibit M).

186.   As of April 14, 2020, approximately 3.1 million people had been
tested in the U.S. for Covid-19.
https://www.nytimes.com/2020/04/15/us/coronavirus-

testing-trump.html. Thus, less than 1% of the entire U.S. population of

approximately 330 million, has been tested for Covid-19.

https://www.census.gov/popclock/. Most experts and laypeople agree that, in light

of the dearth of testing in the U.S., it is reasonable to infer that exponentially

more people have contracted the virus than have been test-confirmed positive; ergo, the mortality rate of Covid-19 may be very low.

187.   According to a March 26, 2020 editorial in the New England Journal of Medicine co-authored by Defendant Dr. Anthony Fauci — Director of the U.S. NIAID and leader of the U.S. Government's official medical response to this outbreak - "[i]f one assumes that the number of asymptomatic or minimally symptomatic cases is several times as high as the number of reported cases, the case fatality rate may be considerably less than 1%. This suggests that the overall clinical consequences of Covid-19 may ultimately be more akin to those of a severe seasonal influenza which has a case fatality rate of approximately 0.1%."

188.   The Defendant Dr. Anthony Stephen Fauci said "Do not wear a masks because it spreads disease," than next he wear a masks, than he wear two mask and least he three masks on your face.

189.   Defendant Dr. Anthony Stephen Fauci a flip/flop statement this is proof he made a false indigenous misleading statement and misrepresentation statement to general public.

*190.   Plaintiffs has fact-withness the point out that Defendant Dr. Anthony Stephen Fauci work the Defendant WHO and Defendant China to make this COVID-19 to enforce mask mandate on Public plans and airports.*

191.   **Alex Jones** will be the Plaintiffs' factual witness because Plaintiffs will subpona **Mr. Alex Jones** for trial and for oral deposition.

35

192.    Mr. Alex Jones reported the fact that the Defendant Dr. Anthony Stephen Fauci work with China and the WHO in Wuhan, China and Mr. Alex Jones reported the fact that the Defendant Dr. Anthony Stephen Fauci made in purpose in a laboratory in Wuhan, China and Mr. Alex Jones must be witness in trial and oral deposition.

193.    Mr. Alex Jones reported Defendant Dr. Anthony Stephen Fauci, knew the people in Wuhan, China and the WHO to plan this man made virus.

194.    On or about March 14, 2007, Defendant Dr. Anthony Stephen Fauci give money to China in Wuhan to function more on the COVID-19 virus to spread out in the world.

195.    On or about March 14, 2007, Defendant Dr. Anthony Stephen Fauci convened the US Congress to pass law funding of Tax payer to function and make this COVID-19 virus on purpose or intention to the US and world and unleashed in public.

196.    Plaintiff has a star withness to prove this fact.

197.    Defendant Dr. Anthony Stephen Fauci on July 4, 2020, independence day admits on social media, Facebook,

198.    But just last year, the Defendant National Institute for Allergy and Infectious Diseases, the organization led by Defendant Dr. Fauci, funded scientists at the Wuhan Institute of Virology and other institutions for working on gain-of-function research on bat coronaviruses.

199.    On or about March 14, 2007, Defendant Dr. Fauci's go it alone gain of function research strategy that leads to the Wuhan lab in China to make COVID-19 virus in purpose to spread around the world and that is a fact.

200.    Plaintiff has star witness that will testify against Dr. Anthony Stephen Fauci he made the COVID-19 at the Wuhan Institute of Virology on March 17, 2007.

**201.**    Defendant National Institute for Allergy and Infectious Diseases, the organization led by Defendant Dr. Fauci, funded scientists at the Wuhan Institute of Virology and other institutions for working on gain-of-function research on bat coronaviruses and National Institute for Allergy and Infectious Diseases with Defendant Dr. Fauci direct and recommended Defendant CDC, Defendant WHO, Defendant **Transportation Security Administration is a federal government that** manages security policies for railroads, buses, pipelines, ports, mass transit systems, and highways and Defendant Dr. Rochelle Walensky, MD, MPH along with Airlines Defendants and Defendant Amtrak **Made this attached federal Executive order on the mask mandate**

**202.**    **The actions of all Defendant were performed within the scope of his employer and authority, for whose acts the defendant Dr. Anthony Stephen Fauci are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3).**

***203.***    **The Defendant Dr. Anthony Stephen Fauci himself *use The Executive Order cites no statutory authority to support its broad, sweeping mandate, and does not expressly refer to any national emergency to force travel mask up when there is no statutory requirement to force mask wear on passages as a matter of fact."***

39

## THE SCIENCE ON THE MASKS DO NOT WORK

204.    The mask is only one micron smaller when in fact COVID-19 Virus

is 0.03 micron smaller than the mask itself when the mask is  larger

more than one micron.

**DEFENDANT DR.** ANTHONY STEPHEN FAUCI CONTRACDICT HISSELF ABOUT THE MASK ON NATIONAL
T.V. PRIMA FACIE EVIDENCE THAT DEFENDANT FAUCI MADE UP INJURIOUS FALSE OR FRAUDULENT
STATEMENTS AS A MATTER OF FACT ABOUT THE MASK

    **205.**    On or about March 20, 2020, Defendant Dr. Fauci said *"Do not wear a mask
    because it spread disease"*

    **206.**    *Defendant Dr. Fauci said when you touch the mask like for example, "…you
    touch the mask and rubbing in your eye, you can get more sicken than before…"*

    **207.**    *Defendant Dr. Fauci flip fop said where a mask.*

    208.    On or about March 20, 2021 Defendant Dr. Fauci said wear a mask.

    209.    On or about July 14, 2021 Defendant Dr. Fauci said wear two masks.

    210.    On or about January 19, 2020 Defendant Dr. Fauci said wear three masks.
    211.    On or about Defendant Anthony Fauci said "wear a in the airplane or trains".

<u>AS FOR NATIONAL INSTITUTE FOR ALLERGY AND INFECTIONUS AS A DEFENDANT</u>

212.   On or about March 20, 2020, The Defendant National Institute for Allergy and Infectious issue an Excutive Order on national emergency to force travel to mask up but *The Executive Order cites no statutory authority to support its broad, sweeping mandate, and does not expressly refer to any national emergency to force travel mask up when there is no statutory requirement to force mask wear on passages as a matter of fact."*

213.   Defendant National Institute for Allergy and Infection order everybody in the Federal Transportation System mask up or force being baked from ever from flying or riding again or face of being not working in the Federal Transportation system again regarding airlines, trains and bus employees.

214.   Defendant National Institute for Allergy is not congress nor they not delegated to pass legislation in this country as matter of law except the US Congress.

I.   **THE COVID-19 PANDEMIC IS A HOAX AND MADE UP BY THE GLOBALIST ELITES AND THE DEEP STATE CABAL  AND MASK MANDATE AND COVID-19 VACCINE MANDATE MUST BE OVERTUNING BY THIS FEDERAL COURT.**

215.   **. Plaintiff has proof beyond of reasonable of the Covid-19 Pandemic is hoax and Plaintiff attached a transcripts group of doctors and scientist stating that is so please Exhibit C.**

216.   **The COVID-19 is 99 survival rate and 1 percent or more than 1 percent death rate to die from COVID-19.**

217.   **Your chance from dying from COVID-19 is just like being struck by lightning.**

218.   **Defendant Dr. Anthony Stephen Fauci talk about asymptomatic but was is science base for support because Plaintiff has a quoted Statement from doctors:**

   A.   <u>**Proof beyond a reasonable doubt that COVID-19 is a hoax!**</u>

41

219.    [Start of recorded material 00:00:00] **(Professional Doctors Statements)**

220.    "Dolores Cahill:       My name is Professor Dolores Cahill. My background is molecular biology and immunology, and I'm also here as president of the World Doctors Alliance and supporting ACU2020.org. It's my pleasure to be with my colleagues, including Dr. [Hipa Shurning], Dr. [Mohammed Adel], and we're here to say that there is good news. The Coronavirus is a seasonal virus that causes illness and symptoms from December to April, and for people who have symptoms, there are treatments like inhale steroids, hydroxychloroquine, and zinc, so there is no need for the lockdown. There is no need for fear. There's no need for masks, for social distancing or for quarantining people. They are locking people in their homes for last year's flu for where there is an effective treatment.

221.    So we want to communicate this message to people. There is no need for fear, and     I'm involved in a number of organizations. I've been standing up for academic freedom and freedom of speech. I'm chair of the Irish Freedom Party, and I'm encouraging all of you that are listening to this to get involved in new demographic and peaceful movements within your country, to stand for election, and to remove the politicians that are actually more harm than good. And also, as for free speech, I'm supporting a brand new tube with doctors like Dr. Vernon Coleman in Ireland, and across the world, we are setting up a new custodian movement, custodians of our health, our heritage, and our freedom, and what we want to do, I support Dr. Hipa Shurning as well in his fear of craft movement is to actually support businesses and new innovative technologies that actually help the values of freedom of speech and freedom of health so we will be looking at a new food movement, a new health movement and to brand restaurants and hotels and airlines that respect our rights for freedom of movement, freedom of speech. And that we have the right to be informed about true health and the correct statistic about the disease and hold all the regulators and doctors and advisors of government that if they're saying things and taking away people's freedom and health that it needs to be supported by the evidence.

222.    So as president of the World Doctors Association, I'm very happy to stand with these doctors today and to lead the march in Berlin which will be helpful, they'll be millions of people so that all of the doctors, regulators and

41

42

politicians and people of the world will realize you can take off the masks and welcome to our side for freedom. Thank you very much.

223.    Male Speaker: Yes. So this [unintelligible 00:02:32] experts, doctors and other scientists and activists all over the world and we have this good message to the people. We see no evidence of a medical pandemic. So it looks like a plandemic, and we altogether say we don't want this new normal. Suddenly, we don't want to go back to the old normal because the old normal created this new normal situation. We want better normal, and we want it together, with you. Thank you very much indeed. "

[End of recorded material 00:03:38]"


## AS FOR THE CENTERS FOR DISEASE CONTROL; DR. ROCHELLE P. WALENSKY, MD, MPH AND TRANSPORTATION SECURITY ADMINISTRATION AS A DEFENDANT

224.    Upon taking office on **January 20, 2021**, Defendant CDC and Defendant TSA issued a series of executive orders addressing the COVID-19 pandemic. So called alleged President Biden issued the subject Executive Order on his second day in office, January 21, 2021. **See Exhibit A.-(Mask do not work is a proven science fact)**

**225.    The Defendant CDC Executive Order mandates the wearing of masks on modes of transportation, including "(i) airports; (ii) commercial aircraft; (iii) trains; (iv) public maritime vessels, including ferries; (v) intercity bus services; and (vi) all forms of public transportation as defined in section 5302 of title 49, United States Code." Id.; 86 Fed. Reg. 7205.**

*226.    "The Executive Order cites no statutory authority to support its broad, sweeping mandate, and does not expressly refer to any national emergency to force travel mask up when there is no statutory requirement to force mask wear on passages as a matter of fact."*

227.    Pursuant to the directive of the Executive Order, Defendant Dr. Rochelle P. Walensky, MD, MSH , acting on behalf of CDC in his official capacity and with the approval of Defendants

228.    HHS, Becerra, and Walensky, issued the Mask Mandate on January 29, 2021, just eight days after the Executive Order. See Exhibit I. The Mask Mandate took effect at 11:59 p.m. on February 1, 2021.

229.    Specifically, the Mask Mandate in part requires conveyance operators (and operators of transportation hubs) to use their best efforts to ensure that "any person on the conveyance wears a mask when board, disembarking, and for the duration of travel." **86 Fed. Reg. at 8026**. Those best efforts include, inter alia, "instructing persons that Federal law requires wearing a mask on the conveyance and

failure to comply constitutes a violation of Federal law." Id. (emphasis added).
27. The latter directive constitutes an outright fabrication, as no such

## "Federal law" exists.

230.    The Mask Mandate cites as its statutory authority 42 U.S.C. 264(a), and as regulatory authority 42 C.F.R. §§ 70.2, 71.31(b), and 71.32(b). As further discussed below, none of those authorities provides a legal basis for the Mask Mandate.

231.    From January 30, 2020, when the Defendant World Health Organization declared a "public health emergency of international concern" over the global outbreak of COVID-19, until the date of the Executive Order (a period of nearly one year), the United States government took no action to mandate the wearing of masks on travel conveyances.

232.    Nevertheless, the Mask Mandate provides that it "is not a rule within the meaning of" the APA, "but is rather an emergency action taken under the existing authority of **42 U.S.C. 264(a) and 42 CFR 70.2, 71.31(b), 71.32(b)." 86 Fed. Reg. 8030.**

233.    The Mask Mandate further provides that, even if a court determines that it qualifies as a rule under the APA: Defendant World Health Organization notice and comment and a delay in effective date are noe required because there is good cause to dispense with prior public notice and comment and the opportunity to comment on this Order and the delay in effective date. Considering the public health emergency caused by COVID-19, it would be impracticable and contrary to the public's health, and by extension the public's interest, to delay the issuance and effective date of this Order."

234.    Thus, even though the Defendant CDC had taken no action to publish any rule or other agency action of this sort for nearly an entire year since the COVID-19 pandemic was declared as a public health emergency, Defendants sought to justify by passing the normal rule-making procedures required by the APA – thus claiming a sweeping police power over every person seeking

to board a public conveyance or even enter a transportation hub - by calling it an emergency.

235.    As a consequence, Defendants require every person who enters a transportation hub or public conveyance in the United States, and every person onboard a conveyance arriving at or departing from a U.S. port of entry, to wear, at all times and with limited exceptions, a face-covering that covers the nose and mouth.

236.    The practical result is that a traveler must wear a mask for hours, with very little respite except when actively eating or drinking. A typical transcontinentalflight, for example, lasts for approximately five hours or more. The additional time spent entering an airport, checking in, clearing security, waiting for departure, deplaning, and retrieving luggage easily increases the time spent wearing a mask to at least seven hours or more. Non-direct flights that require a connection can add at

least one to three hours to that total. A person flying non-direct from Tampa to San Francisco, for example, could easily end up having to spend ten hours or more wearing a mask.

237.    The potential adverse health effects from this cannot be casually dismissed. Even healthcare workers who are trained in the use of masks have been susceptible to adverse effects from prolonged mask use during the COVID-19 pandemic: Headaches related to prolonged mask use can be attributed to mechanical factors, hypercapnia, and hypoxemia. Tight straps and pressure on superficial facial and cervical nerves are mechanical features causing headaches. Cervical neck strain from donning PPE, sleep deprivation, irregular mealtimes, and emotional stress are other sources of headaches among healthcare professionals during prolonged mask use. Tight fitting masks cause inadequate ventilation and increased levels of carbon dioxide ($CO_2$) known as hypercapnia. As $CO_2$ is a known respiratory stimulant, a buildup of exhaled $CO_2$ between the mask and face will cause increased lung ventilation and respiratory activity. Symptoms of hypoxemia such as chest discomfort and tachypnea are also noted in healthcare professionals with prolonged mask use. **Exhaled $CO_2$** builds up between the mask and face, and increased levels of $CO_2$ cause confusion, impaired cognition, and disorientation.[1]

238.    See Adverse Effects of Prolonged Mask Use among Healthcare Professionals during COVID-19 (Journal of Infectious Diseases and Epidemiology), available at
https://clinmedjournals.org/articles/jide/journal-of-infectious-diseases-and-epidemiology-jide6-130.php?jid=jide (last viewed on July 10, 2021) (footnotes omitted). See also Does

45

Wearing a Face Mask During the COVID-19 Pandemic Increase the Incidence of
Dermatological Conditions in Healthcare Workers? Narrative Literature Review
(National Library of Medicine), available at

239.    Among the limited exemptions to the Mask Mandate are children under
the age of 2 years. Defendants provide no epidemiological basis for this
arbitrary cut-off age, and offer no discussion of the impact of prolonged
mask-wearing on children of all ages, let alone adults.

**240.**    . By comparison, the **Defendant WHO takes the position that children
age 5 and under should not be required to wear masks at all, and that the
use of masks for children aged 6 to 11** should be only under limited
circumstances. (2) Recent evidence indicates that even short-term mask-
wearing in children of all ages causes them to incur unacceptably high
concentrations **of $CO_2$** in their blood.

241.    Defendants' selection of age 2 as the cut-off for an age exemption is thus
completely **arbitrary.**

242.    More broadly, the Defendant Federal Food and Drug Administration's
position on the efficacy of masks in preventing the spread of COVID-19 for
people of all ages has been equivocal. On the FDA's website regarding face
masks, surgical masks, https://pubmed.ncbi.nlm.nih.gov/34028470/ (last
viewed in July 10, 2021). 2 See https**://www.who.int/news-room/q-a-
detail/q-a-children-and-masks-related-tocovid-19 (last viewed on July 7,
2021).**

243.    In its umbrella Emergency Use Authorization ("EUA") for face masks to
be used by the general public in response to COVID-19, the Defendant FDA
recites that "the authorized face masks may be effective as source control to
help prevent the spread of" COVID-19. See EUA dated April 24, 2020,
attached hereto as Exhibit "C", at 3

(emphasis added). But even here, the FDA hedges its bet by prohibiting
manufacturers of non-surgical masks from labeling their product: in such a
manner that would misrepresent the product's intended use; for example,
the labeling must not state or imply that the product is intended for
antimicrobial or antiviral protection or related uses or is for use such as
infection prevention or reduction.

Id. at 4.

**244.**    . To make things more confusing, the Defendant FDA has revoked its
EUAs for nonNIOSH5-approved respirator masks – available and are often
used by members of the public.6 Even a well-informed consumer would find

45

46

it difficult, if not impossible, to understand what types and brands of face masks have been authorized or approved, and for what purposes they can or should be used and, most significantly, which – if any – are regarded as safe to use for extended periods of time by the **National Institute for Occupational Safety** and Health. The Mask Mandate shows no indication that these concerns were considered and, if so, whether they were accorded any weight.

245.     . --In addition to safety concerns, there are substantial reasons to doubt the efficacy of masks for controlling virus spread. A study published in the Emerging Infectious Disease Journal in May 2020 found that ten randomized controlled trials of the use of face masks to control the influenza virus, which is essentially the same size as the SARS-CoV-2 virus, showed no significant reduction in influenza transmission.7

246.     . Similarly, as study of nearly two thousand United States Marine Corp recruits published in the New England Journal of Medicine in November 11, 2020,

247.     At present, there is only limited and inconsistent scientific evidence to support the effectiveness of masking of healthy people in the community to prevent infection with respiratory viruses, including SARS-CoV-2. A large randomized community-based trial in which 4862 healthy participants were divided into a group wearing medical/surgical masks and a control group found no difference in infection with SARS-CoV-2.9

248.     Cloth masks, such as those generally used by the public, are particularly problematic according to a randomized controlled trial conducted with regard to the influenza virus in 2015. The study concluded that due to moisture retention, reuse of cloth masks and poor filtration, cloth masks may result in increased risk of infection.10

6 See https://www.fda.gov/medical-devices/emergency-use-authorizations-medicaldevices/revoked-euas-non-niosh-approved-disposable-filtering-facepiece-respirators#china (last viewed on July 8, 2021).

46

249.    Thus, the Defendant FDA – the very agency charged with researching and
understanding the efficacy of medical devices – has never been able to state
whether

8 See So called SARS-CoV-2 Transmission among Marine Recruits during Quarantine | NEJM,
available at https://www.nejm.org/doi/full/10.1056/NEJMoa2029717 (last viewed on July 8,
2021). 9 **World Health Organization, Mask use in the context of COVID-19. Geneva,
Switzerland, 1 December, 2020, available at**
https://apps.who.int/iris/bitstream/handle/10665/337199/WHO2019-nCov-IPC_Masks 2020.5-
eng.pdf?sequence=1&isAllowed=y (last viewed on July 9, 2021).

250.    . Yet, with the stroke of a pen, Defendants imposed their sweeping
Executive Order and Mask Mandate on nearly every traveler in the country.
Plaintiffs' Standing to Seek Declaratory and Injunctive Relief

**251.**    . As alleged above, Plaintiff Gilbert Lau , Co-Plaintiff Joseph Barton, Co-
Plaintiff Jose Mercado, that seeks to advocate for and educate the public on the
topics of medical choice, bodily autonomy, and self-determination, and that
opposes laws and regulations that force individuals to submit to the
administration of medical products, procedures, and devices against their will.
Several of Gilbert Lau, Co-Plaintiff Joseph Barton, Co-Plaintiff Jose Mercado,
travel, or wish to travel, on interstate conveyances as defined by the Mask
Mandate, are domiciled in the Northern District of New York, and are directly
affected by the Mask Mandate, **as more fully set out in the Declarations
attached hereto and made a part hereof as Composite Exhibit "P".**
therefore would have standing in their own right to bring the causes of action
asserted by Plaintiffs.

252.    . The interests at stake in this case are germane to HFDF's purpose, and
neither the claims asserted nor the relief requested by HFDF require the individual
participation of Lau, Mercado and Matovu. Plaintiffs Lau, Mercado and Matovu therefore has
standing to bring this case on behalf of its members, which presents a justiciable issue for the
Court.

253.    . Plaintiffs thus have **Article III standing to bring this lawsuit**, as their

48

dispute is concrete and not conjectural or hypothetical. Their injuries are fairly
traceable to the Defendant CDC's Executive Order and the Mask Mandate, and are redressable
by this Court.

254. To the extent applicable, **Plaintiffs have statutory standing under the
Administrative Procedure Act, 5 U.S.C. § 706**, because their claims at least arguably
fall within the zone of interests implicated by the statutory violations asserted
herein.

255. Plaintiffs have no adequate remedy at law for the ongoing violations
and usurpations of constitutional and statutory authority alleged herein.

256. All conditions precedent to bringing this lawsuit have been performed,
Excused, or waived.

## A. AS FOR THE TRANSPORTATION SECURITY ADMINISTRATION AS A DEFENDANT

257. **Defendant the Transportation Security Administration is the one order
mandate all Defendants Airlines Companies, Defendant Government
Airlines agency like Defendant Sprits Airlines is the one responsible for
mandating airline, air ports, and trains to** "Travelers who refuse to comply
could face fines of $250 or more. **The Transportation Security Administration**
announced Friday that it has extended **through Sept. 13** its orders requiring people
to wear masks in transportation settings, including at airports, on commercial
aircraft, and on buses and trains." See, https://www.cnbc.com/2021/04/30/tsa-mask-
requirement-on-airplanes-
extended.html#:~:text=The%20TSA%20on%20Friday%20extended,to%20expire%2
0on%20May%2011.

---

1. Respirator masks – i.e., the kn95 masks that became widely

49

4 See https://www.fda.gov/medical-devices/coronavirus-covid-19-and-medicaldevices/face-masks-including-surgical-masks-and-respirators-covid19#:~:text=Source%20control%20refers%20to%20use,spread%20of%20respiratory%20secretions (updated on June 30, 2021).
5 National Institute for Occupational Safety and Health



258. Plaintiffs call the Defendant **Transportation Security Administration drop the mask mandate** including at airports, on commercial aircraft, and on buses and trains." See, https://www.cnbc.com/2021/04/30/tsa-mask-requirement-on-airplanes-extended.html#:~:text=The%20TSA%20on%20Friday%20extended,to%20expire%20on%20May%2011 and Mr. Lau spoke a customer representative services woman and who was Kate was federal employee of the Defendant **The Transportation Security Administration must drop the mask mandate because this pandemic is hoax and Mr. Lau has proof beyond of reasonable doubt and Mr. Lau said over with Kate last unknown to the Plaintiff:**

**259. "Hello** Kate:

300. The news you hear about death of COVID-19 is an actual man virus made by Wuhan, China.

301. I am not the virus is not confirmed which is genuine, but it does not need the restrictions. See you all around the world. This COVID-19 was a plan from the beginning of day one to take everyone's freedom away.

50

302. Mainstream media news that you hear about death of COVID-19 is about promoting fear pornography and pass on propaganda like WWII with Adolf Hitler as a campaign of:

303. Fear control and submission thought the words compliance which is, in fact, control.

304. Kate, do you know what "propaganda" is? Propaganda means "information, especially of a biased or misleading nature, used to promote or publicize a particular political cause or point of view. That is the Mainstream media news you believe is does not sin and is perfect as God.

305. I will repeat very strongly and urgently, "there was no pandemic, death rate did not go up a single percent. I know that it's shocking that the news would lie to you but look at the facts; the flu wants down. Homeless people are **"not dead"** in the street, and they do not wear a mask, and they breathe the fresh air by God, and they still are healthy and fine.

306. COVID exists, but there's no pandemic.  The deaths you hear about COVID-19 are falsifying information like, for example, someone who die heat attack or stroke and doctors fraudulent write-down COVID-19 because the Government gives the hospital and doctors.

307. Meaning 80 percent of COVID is cancer, leukemia, bone disease, heart failure, old age, which are COVID remedies; there are the facts. You just more facts and logic and science are given by me in an entire hour than the Propaganda Mainstream media news.

308. **COVID remedies, cancer, leukemia, bones disease, heart failure, old age and they count as COVID because you get $12.000 dollars**.

309. That means die-off COVID, not with COVID meaning is exaggerated that why is a hoax.
"

3 A recently-published study of the effects of masks on children in Germany showed that, after only three minutes of breathing with a mask, children of ages ranging from 6 to 17 years accumulated $CO_2$ levels that far exceeded acceptable levels established by the German government. See Experimental Assessment of Carbon Dioxide Content in Inhaled Air With or Without Face Masks in Health Children (JAMA Pediatrics June 30, 2021), available at https://jamanetwork.com/journals/jamapediatrics/fullarticle/2781743?appId=scweb (last viewed on July 7, 2021).and respirators, it states that "[m]asks may help prevent people who have COVID19 from spreading the virus to others. . . . Wearing a face mask may limit exposure to respiratory droplets and large particles and may help prevent people who have COVID-19 from spreading the virus."4 (emphasis added).

51



**Covid-19 Cases States with vs. without Mask Mandate Chart No. 1**

310. ..."We are comparing Spring ISD, which has a mask mandate in place, to Humble ISD, which does not….

312. …According to Humble ISD, there are 51,758 students and staff combined. Since Aug. 10, the district reports 2,378 positive cases…" (by wearing a mask.

313. See, Exhibit A that Mask-Ineffectiveness or Please see, **Annexed as Exhibit A hereto is a true and correct copy of** *MASK-INEFFECTIVENESS.*

52

### AS FOR SPIRIT AIRLINES AS A DEFENDANT

315.    Plaintiff call Defendant Spirit Airlines on November 30, 2020
approximate time of 7:34 AM and male customer services
employee and tap the phone conversation **Annexed as Exhibit
E hereto is a true and correct copy of Transcript of cellphone
with the Defendant** Spirit Airlines on November 30, 2020
approximate time of 7:34 AM and male customer services
employee and tap the phone conversation with both the
Plaintiff Gilbert and **Defendant** Spirit Airlines- customer services
employee-John Doe:

### (Write a demand to SPIRST AIRLINES cease and desist letter)

316.    Plaintiff was on flights with the Defendant Spirit Airlines on
*flight 245 from O'Hare to Las Vegas was delayed 20
minutes on November 15 due to two passengers who
refused to wear their face coverings. Our Team
Members gave them the opportunity to comply,
asked them to leave the aircraft when they refused
and called the police when they disregarded this
request and remained on board. The passengers left
on their own once police arrived. This kind of
behavior is unfair to everyone else on board, and it's
unacceptable.*

*317. "Spirit has a strict face covering policy for the
safety our Guests and Team Members. US airlines
have banded together to ensure passengers know we
take face covering policies seriously. Unfortunately,
that means we all have to deal with people from time
to time who don't want to follow the rules. If a*

53

passenger refuses to comply with the policy or is
verbally abusive toward our crew regarding the
policy, we don't allow them to fly with us and they
risk being banned from future flights with Spirit.
Our policy for face coverings is shared on our
website, in advance emails, and it's also included in
our health acknowledgement during the check-in
process. *This is* **infringe federal constitutional rights as
matter of Fact.**

317.    **Plaintiff wrote a latter CEO of Defendant** Spirit Airlines
dated 10/12/2020 attached hereto Exhibit K-Letter to CEO Mr.
John Doe of Defendant Spirit Airlines

a. **This is Fact and annexed hereto Exhibit A-Letter to CEO
of Defendant Spirit Airlines** reads: "Spirit
Airlines reiterated its **policy** of wearing only **masks** approved
by the Centers for Disease Control and Prevention after a
passenger refused to wear anything other than his neck gaiter,
which does not meet CDC standards." Defendant Spirit
Airlines mandate **Masks are oppressive because deprive
civilly liberties and infringe federal constitutional
rights and how is** interfere with ... "personal liberty and
constitutional rights," such as freedom of speech, right
to privacy, due process, and the "constitutionally
protected right to enjoy and defend life and liberty"

b. **It interfere with** constitutionally protected right to enjoy
and defend life and liberty it prevent the God give right
to (breath) freely. It violate a person there human right
to (Breath) and socialized medicine and free choice
medicine

c. **The way and how is infringe** personal liberty is that is:
"**my body and my choice**" like abortion arguments
therefore reasons it constitutes violate to the right to
privacy because is violations of personal liberty is that
is: "**my body and my choice**

d. **The way and how is infringe of** freedom of speech:

54

1. **Prohibit opposition on freedom not to wear a masks on sham pandemic**
2. **Keeping your jobs without questing masks mandate**
3. **Transacting business without questing masks mandate**
4. **to travel without freedom to opposition masks mandate."**

    e. **The way and how is infringe of freedom of religion:**

    f. **The way and how is infringe** due process is "nor be deprive of life, liberty, or property, without due process of law by:  A. Prohibit the liberty to breathe freely and breathe is part of life in both 5[th] amendment and 14[th] amendment of the Federal Constitution of the United States.

318. **The way and how is infringe of** right to privacy under 4th Amendment IV of the Constitutional Constitution of the United States "the right of the people to be secure in their persons, houses, papers,......"

319. **See, Plaintiff letter to CEO of Defendant Spirit Airlines is** violation to people and is an **infringe federal constitutional rights.**

320. Furthermore, Plaintiff additional complaint address to the CEO of Defendant Spirit Airlines attentional about complained about Defendant John Doe (Mario), annexed hereto **Exhibit A**, quoting: as re-cited on paragraph on 43 to 45.

321. Defendant Spirt Airlines never reply back to the Plaintiff in writing nor the the CEO of Defendant Spirit Airlines.

322. Plaintiff was ban Spirit Airlines in flight number 245 from O'Hare to Las Vegas and was delayed 20 minutes on November 15 due to two passengers who refused to wear their face coverings and Plaintiff was one of the two passengers who refused to wear their face coverings than ban eventually sequentially later on ban to ever fly again in Defendant Spirt Airlines sham or fake pandemic in the world as matter of **See, Exhibits A, B, C, D, and E.**

323. Plaintiff **Attach Exhibit B-Dr. Simone Gold, MD, ESQ., JD, FABM on Masks-Civil Liberties own by her statement as exhibit B and Plaintiff's (expect witness herewith as pretention expert witness.)** is proof by who is a license medical doctor and a license lawyer that denounce masks mandates as matter of Fact.

54

55

324.    Dr. Simone Gold, MD, ESQ., JD, FABM said in her
statements:

a.  "It is clear to me as a physician-lawyer that the
disinformation about both Covid-19 and the Constitution has
caused us to turn a medical issue into a legal crisis. The
scientific usefulness of a mask has been so aggressively
overstated, and the foundational importance of the
Constitution has been so aggressively understated, that we
have normalized people screaming obscenities at each other
while hiking. The Covid virus was supposed to be contained
in the kind of lab where people wear astronaut suits and go
through triple sealed doors.

b.   It is a con of massive proportion to assert that now, having
escaped those environs, a bandana will magically do the
trick. After all, size matters.  The pore size of cloth face
coverings range from ~ 20-100 microns. The Covid virus is
200-1000x smaller than that, at 0.1 microns. Putting up a
chain link fence will not keep out a mosquito. Even the most
esteemed medical journals admit their purpose is to calm
anxiety. "Expanded masking protocols' greatest contribution
may be to reduce the transmission of anxiety ..." Of course,
by knowledge or common sense observation, most
Americans already know that masking everyone is
superstition. But unlike privately carrying a lucky charm,
mandating facial coverings requires the consent of the
governed. Many cultures mandate clothing that appears
totally irrational to outsiders. Never have those cultures
pretended that there is a scientific basis for their clothing
requirement. Their leaders rule, and their citizens accept,
that their choice of clothing is due to religious or cultural
preference. Not wearing a mask is not mere "personal
choice" like deciding between a head covering or a t-shirt. It
is a flashpoint for being a free human being who has
consented to be governed but has not consented to be ruled.
We do not consent to a masked America, because that is a
fundamental change in American society, culture, norms,
and rights.

c.   People who are apathetic toward their own liberty cannot
eliminate Constitutional rights for those who are not. This is
not the first (or last) time that people who believe in
superstition are screaming the loudest. The Constitution

56

exists precisely to protect all people during times of mass hysteria. The mask has become the most visible symbol of #social conditioning to Americans determined to preserve individual freedom.

d. Thus far most Americans have continued to give their consent to be governed. But you are trying our patience."

POINT I

## DEFENDANT SPIRST AIRLINES CELLPHONE INTERVIEW BEING PRESIDING OR HOSTED BY GILBERT LAU ON DEFENDANT SPIRST AIRLINES EMPLOYEES

325. Plaintiff fact interview Defendant Sprits Airlines by cellphone with Customer Services employee on November 30, 2020, at an approximate time 8:30 AM. **Annexed as Exhibit B hereto is a true and correct copy of Transcript of Defendant Sprits Airlines by cellphone with Customer Services employee John Doe on November 30, 2020 at an approximate time 8:30 AM.**

326. Plaintiff submits a duly certify transcript of Defendant Sprits Airlines of an interview between Plaintiff Gilbert Lau and Customer Services employee for Defendant Sprits Airlines by cellphone interview and please see duly certify transcript of Defendant Sprits Airlines by cellphone interview as **Exhibit** )
: Speaker: "Thanks for calling Spirit. [Phone message]. We greatly value your business and the opportunity to serve your travel needs. Rest assured, we are constantly evolving our procedures to maintain a clean environment for you and your loved ones. Traveling soon? We currently require all guests to wear face coverings when traveling with Spirit. See all we're doing to keep you healthy by visiting our Covid-19 Information Center Page at www.spirit.com/notices. Did you know you can message us on [unintelligible 00:00:55] or SMS?

57

Press one for real-time responses. Due to Covid-19, some destinations may have changing travel requirements and restrictions. We recommend guests visit local government websites for more information before traveling. Links to some of these sites can be found at Spirit.com/notices. Go to travel updates and look for your destination. If you'd like to participate in a survey, please stay on the line at the end of the call. To book a new flight, press one. For existing reservations, press two. For che- remember, booking online at Spirit.com will save you the $25 per guest phone charge. If you're calling about a new booking, press one. If you're booking a vacation package press two. I see that you are calling from 917-279-3635. Is this the best number to use for the reservation? Say yes or no. Are you booking a roundtrip? I didn't get that. Are you booking a roundtrip? I'm sorry. I still didn't get that. Are you booking a roundtrip? Please hold while you're transferred to a – have you heard? The new Free Spirit Loyalty Program is launching on January 21st. It will be the fastest way to earn regards and status. Free Spirit members will earn points for every dollar spent and can redeem those points on any flight. Visit Spirit.com/freespirit to sign up and learn more. Ready for more go? With the Spirit app you can easily manage all your trips in one place. Book your next getaway, check in for your flight and get your boarding pass. Travel faster and lighter than ever before with your new travel app companion. Download it today. [Phone ringing]."

327.    Speaker: "How are you? Thank you for calling Spirit Airlines. [Unintelligible 00:02:56]. May I please have your name, the call information hold and the name of [unintelligible 00:03:00]."

328.    Mr. Gilbert Lau: "I have no confirmation call, [unintelligible 00:03:02]. I just wanted to ask about the flight policies. I want to know about your flight policies. Can you give me your flight policies, please?"

329.    Speaker:        "No problem. And, sir, with regards to what exactly, cancellations or booking or [unintelligible 00:03:21]?"

330.   Mr. Gilbert Lau: "Above Covid-19."

331.   Speaker:        "Or would you just like me to advise you on all –
"

332.   Mr. Gilbert Lau: "Covid-19."

333.   Speaker:        OK. OK. No problem. So with regards to Covid-19, just allow me to open up an article to make sure that [unintelligible 00:03:42].

334.   Mr. Gilbert Lau: OK.

335.   Speaker:        "OK. Just a few seconds. Let me see. With regards to Covid-19, we do have [unintelligible 00:04:05O] for that. You will find that our [unintelligible 00:04:06]. Just to make sure that the distance between one passengers to the other has been observed. And also, we do have frequent cleaning of wipes at every ticket counter and also we have HEPA filters which actually do purify the air in the plane after every three seconds."

336.   Mr. Gilbert Lau: See he doesn't --

337.   Speaker:        "And besides that we do have [unintelligible 00:04:38] equipment and disinfectant which I usually use on frequent touch areas of the plane. And also, we have our on board face mask policy whereby each and every passenger at every particular time in the plane needs to have the face mask on. And also in some areas where we do have travel restrictions you will find that they will require a Covid test [unintelligible 00:05:12] test before boarding the plane, [unintelligible 00:05:15] they're negative and in other areas like Las Vegas and Los Angeles actually whereby there is actually a travel advisory that has been issued that you need to fill in

59

a travel form on the website and failure to do that, you will incur a charge of $500 and you need to quarantine once you get to that destination. "

338.    Mr. Gilbert Lau: "You get paid $500 for what? What?'

339.    Speaker:    "So that one is with regards to Los Angeles. Yeah, with regard basically to Los Angeles. There was a travel restriction that was issued whereby the passengers are required to quarantine and before traveling, they need to fill in a form stating that they will quarantine by themselves and failure to fill in that form, it's actually on the website, and failure to fill in that form will incur a fine from the government that is. Not from Spirit Airlines."

340.    Mr. Gilbert Lau: "OK. What happens if someone does not want to wear a face mask? What happens if someone does not comply? Just curious."

Speaker:        "OK. So for that, that will be" – "*you might be asked to get out of the plane because the thing is you will be putting yourself at risk and also other passengers at risk. So it is highly advisable for our passengers to have the face mask on throughout the entire trip.*"

341.    Mr. Gilbert Lau: "OK. All right. Thank you. Appreciate it."

342.    Speaker"You're welcome and thank you so much for calling Spirit Airlines and I do hope that I have answered each and every of your questions and I do wish you a fantastic day and all the same, you can actually check out our website and [unintelligible 00:07:12]. It will clarify on this particular topic that you have inquiries for. Besides that, you should stay on the line for a brief two-question survey to rate my service. I would highly appreciate that and happy holidays to you."

59

60

343.    Mr. Gilbert Lau:          "OK. Thank you."

344.    Speaker:        "And your family."

345.    M. Gilbert Lau:  Thank you.

**[End of recorded material 00:07:37]**

---

1.    TIME NOTED: [End of recorded material 00:07:37]

**UNITED AIRLINES AS DEFENDANT**

346.    Plaintiff Lau in fact has a legal mask Exemption because
Due to my Schizoaffective Disorder and Developmental disability
I can't tolerate wearing a face mask. Covering my
nose and mouth and mask wearing is not safe because the fact
when wear a mask is not safe. I was very dizzy and less conscience

61

and furthermore, mask wearing give me anxiety issues.

347.    Federal and State Law prohibits prescribing medical procedures by anyone other than a licensed medical physician. Denial of entry to any business or organization may also result in penalty from Civil Litigation.

348.    Penalizes may also apply under TITLE-18: Code 241 & 242 Deprivation of Rights under Color of Law. Department of justice ADA Violation 800-514-0301.

349. Plaintiff quoted to the Defendant United Airlines his Exemption card, "Gilbert Lau is hereby exempt by law –under ADA ACT of Sec. 12181,. New York State Human Rights Law §292.21, §292.21-e, §295.5, §296.3 and §296.3-a. (a) Reasonable accommodation"

350.    Defendant United Airlines did not care but they kicked off an airplane because Plaintiff because the Plaintiff wasn't wearing the mask and the Plaintiff is Exempt by federal and state to wear a mask and Defendant United Airlines did the same thing to another Family gets kicked off an airplane because their two-year-old an airplane because wasn't wearing the mask

351.    This whole mask thing has gone way too far. Trying to force a 2-year-old to comply and wear a mask. And the sheep that go along with it and to plaintiff Gilbert Lau is a person who is defined by the American with Disabilities should be accommodated not wear masks by the Defendant United Airlines.

352.    Plaintiff Gilbert Lau suffers from mental disabilities, which impair his ability to perform normal life activities; and which are ostensibly under the ADA Act and Exec's definitions. Law. (NYSHRL) and furthermore, Defendant United Airlines did not care but they kicked off an airplane because Plaintiff because the Plaintiff wasn't wearing the mask and alone with another Family gets kicked off an

62

airplane because their two-year-old an airplane because
wasn't wearing the mask.


**DEFENDANT UNITED AIRLINES PROVIDED AN ALTERNATIVE ACCOMMODATIONS TO**

**PLAINTIFF GILBERT LAU AND LIKE OTHERS THAT WHO IS SIMILARY SITUATED TO**
**PLAINTIFF GILBERT LAU AND PLAINTIFF WAS SEXUALLY ASSAULITED FOR REFUSING TO**
**NOT WEAR A MASKS ON THE PLANE AS A MATTER OF FACT**

353. Defendant United Airlines should provide Alternative Accommodation to Plaintiff
Gilbert Lau and similarly situated like that 2 year girl was in the same plane as the
Plaintiff and the family of the 2 years little girl set the opposite side across where
the plaintiff was sitting down and then later on Family gets kicked off an airplane
because their two year old won't wear a mask and including the plaintiff gets
kicked off an airplane because Plaintiff won't wear a mask simultaneously as
the Family gets kicked off an airplane because their two year old won't wear a
mask and the plaintiff has a Exemption card, **"Gilbert Lau is hereby exempt by law –**
**under ADA ACT of Sec. 12181,. New York State Human Rights Law §292.21, §292.21-e,**
**§295.5, §296.3 and §296.3-a. (a) Reasonable accommodation"** This is all complete and
total madness.

354. The Defendant United Airlines did not allow the Plaintiff to have no fair
**Reasonable accommodation by give him a special pass not to wear a face mask nor face**
**shield and therefore Defendant United Airlines has violated Plaintiff under ADA ACT of**
**Sec. 12181 of federal law as a matter of stated fact.**

355. **Defendant United Airlines in fact** about eight hours into the fight, Plaintiff got up from

his seat to use one of the aircraft bathrooms located in the rear of the plane.


356. Plaintiff Lau entered the aircraft bathroom. Before Plaintiff Lau locked the door

behind him, Defendant United Airlines Officer Doe pushed his way into the bathroom, without

Plaintiff's consent.

357. Defendant United Airlines Officer Doe forced Plaintiff to unbutton and lower

Plaintiff's pants and face the bathroom sink.

357. Defendant United Airlines Officer Doe then sodomized Plaintiff with a baton-like

object, without Plaintiff's consent.

358. Defendant United Airlines Officer Doe used his booted foot to kick Plaintiff and pin

down Plaintiff's calf to prevent Plaintiff from fleeing.

63

359. While Defendant United Airlines Officer Doe sodomized Plaintiff, he made

offensive and derogatory statements about Plaintiff's disability, including, "You are a retarded

motherfucker," and "Eat your shit, you retarded motherfucker."

360. Defendant United Airlines Officer Doe sodomized Plaintiff for several minutes

because Plaintiff won't wear a mask and the plaintiff has an Exemption card.

361. When Defendant United Airlines Officer Doe finished sodomizing Plaintiff, he threatened Plaintiff not to tell anyone what had happened. Defendant United Airlines Officer Doe then left the aircraft bathroom with his baton all because Plaintiff won't wear a mask simultaneously as the Family gets kicked off an airplane because Plaintiff won't wear a mask and the plaintiff has an Exemption card, **"Gilbert Lau is hereby exempt by law –under ADA ACT of Sec. 12181,, New York State Human Rights Law §292.21, §292.21-e, §295.5, §296.3 and §296.3-a. (a) Reasonable accommodation"** This is all complete and total madness.

## AS FOR AMTRAK National Railroad Passenger Corporation (Amtrak) AS A DEFENDANT

362.     On or about November 23, 2020, on Monday Plaintiff traveled

from New York to the Albany New York for a brief vacation.  On or about

November 23, 2020, Plaintiff ride on board a Defendant AMTRAK as Amtrak

(aka: National Railroad Passenger Corporation as federal government) own

see, google.com. Plaintiff was order, directed and mandated by the

Defendant Amtrak that masks the new normal as matter. Defendant

Amtrak threated the Plaintiff, if the Plaintiff refuse to comply with the new

mandate than he will forever travel ban as matter of Fact.

363.     Plaintiff checked into and ride at Defendant Amtrak pursuant to the
aforementioned agreement from November 23, 2020 until November
30, 2020, without incident November 23, 2020, Defendant Amtrak by
and through its agents including but not limited to John Doe and Jane Doe

train conductors ejected and removed Plaintiff against his will from the subject, the aforementioned agreement notwithstanding and Defendant Amtrak alleges the Plaintiff refuse to comply with the new mandate and now Plaintiff is ban for forever.

364.    On or about November 23, 2020, on Monday Plaintiff traveled

from New York to the Albany New York for a brief vacation. On or about

November 23, 2020, Plaintiff ride on board a Defendant AMTRAK as Amtrak

(aka: National Railroad Passenger Corporation as federal government) own

see, google.com. Plaintiff was order, directed and mandated by the

Defendant Amtrak that masks the new normal as matter. Defendant

Amtrak threated the Plaintiff, if the Plaintiff refuse to comply with the new

mandate than he will forever travel ban as matter of Fact.

365.    Plaintiff checked into and ride at Defendant Amtrak pursuant to the aforementioned agreement 15. from November 23, 2020 until November 30, 2020, without incident November 23, 2020, Defendant Amtrak by and through its agents including but not limited to John Doe and Jane Doe train conductors ejected and removed Plaintiff against his will from the subject, the aforementioned agreement notwithstanding and Defendant Amtrak alleges the Plaintiff refuse to comply with the new mandate and now Plaintiff is ban for Amtrak travel.

A. SPIRST AIRLINES CELLPHONE

65

### CELL PHONE ADUIO RECRDING TAP STATEMET
*[Start of recorded material 00:00:00]*

366.   Speaker:        "Thanks for calling Spirit. [Phone message]. We greatly
value your business and the opportunity to serve your travel needs. Rest
assured, we are constantly evolving our procedures to maintain a clean
environment for you and your loved ones. Traveling soon? We currently
require all guests to wear face coverings when traveling with Spirit. See all
we're doing to keep you healthy by visiting our Covid-19 Information
Center Page at www.spirit.com/notices. Did you know you can message us
on [unintelligible 00:00:55] or SMS. Press one for real-time responses. Due
to Covid-19, some destinations may have changing travel requirements and
restrictions. We recommend guests visit local government websites for
more information before traveling. Links to some of these sites can be
found at Spirit.com/notices. Go to travel updates and look for your
destination. If you'd like to participate in a survey, please stay on the line at
the end of the call. To book a new flight, press one. For existing
reservations, press two. For che- remember, booking online at Spirit.com
will save you the $25 per guest phone charge. If you're calling about a new
booking, press one. If you're booking a vacation package press two. I see
that you are calling from 917-279-3635. Is this the best number to use for
the reservation? Say yes or no. Are you booking a roundtrip? I didn't get
that. Are you booking a roundtrip? I'm sorry. I still didn't get that. Are you
booking a roundtrip? Please hold while you're transferred to a – have you
heard? The new Free Spirit Loyalty Program is launching on January 21st. It
will be the fastest way to earn regards and status. Free Spirit members will
earn points for every dollar spent and can redeem those points on any
flight. Visit Spirit.com/freespirit to sign up and learn more. Ready for more
go? With the Spirit app you can easily manage all your trips in one place.
Book your next getaway, check in for your flight and get your boarding
pass. Travel faster and lighter than ever before with your new travel app
companion. Download it today. [Phone ringing].

367.   How are you? Thank you for calling Spirit Airlines. [Unintelligible
00:02:56]. May I please have your name, the call information hold and the
name of [unintelligible 00:03:00].

368.    Mr. Gilbert Lau: I have no confirmation call, [unintelligible 00:03:02]. I just wanted to ask about the flight policies. I want to know about your flight policies. Can you give me your flight policies, please?

369.    Speaker:        No problem. And, sir, with regards to what exactly, cancellations or booking or [unintelligible 00:03:21]?

370.    Mr. Gilbert Lau: Above Covid-19.

371.    Speaker:        Or would you just like me to advise you on all --

372.    Mr. Gilbert Lau: Covid-19.

373.    Speaker:        OK. OK. No problem. So with regards to Covid-19, just allow me to open up an article to make sure that [unintelligible 00:03:42].

374.    Mr. Gilbert Lau: OK.

375.    Speaker:        OK. Just a few seconds. Let me see. With regards to Covid-19, we do have [unintelligible 00:04:050] for that. You will find that our [unintelligible 00:04:06]. Just to make sure that the distance between one passengers to the other has been observed. And also, we do have frequent cleaning of wipes at every ticket counter and also we have HEPA filters which actually do purify the air in the plane after every three seconds.

376.    Mr. Gilbert Lau: See he doesn't --

377.    Speaker:        And besides that we do have [unintelligible 00:04:38] equipment and disinfectant which I usually use on frequent touch areas of

the plane. And also, we have our on board face mask policy whereby each and every passenger at every particular time in the plane needs to have the face mask on. And also in some areas where we do have travel restrictions you will find that they will require a Covid test [unintelligible 00:05:12] test before boarding the plane, [unintelligible 00:05:15] they're negative and in other areas like Las Vegas and Los Angeles actually whereby there is actually a travel advisory that has been issued that you need to fill in a travel form on the website and failure to do that, you will incur a charge of $500 and you need to quarantine once you get to that destination.

378.   Mr. Gilbert Lau: You get paid $500 for what? What?

379.   Speaker:        So that one is with regards to Los Angeles. Yeah, with regard basically to Los Angeles. There was a travel restriction that was issued whereby the passengers are required to quarantine and before traveling, they need to fill in a form stating that they will quarantine by themselves and failure to fill in that form, it's actually on the website, and failure to fill in that form will incur a fine from the government that is. Not from Spirit Airlines.

380.   Mr. Gilbert Lau: OK. What happens if someone does not want to wear a face mask? What happens if someone does not comply? Just curious.

381.   Speaker:        OK. So for that, that will be – you might be asked to get out of the plane because the thing is you will be putting yourself at risk and also other passengers at risk. So it is highly advisable for our passengers to have the face mask on throughout the entire trip.

382.   Mr. Gilbert Lau: OK. All right. Thank you. Appreciate it.

383.   SpeakerYou're welcome and thank you so much for calling Spirit Airlines and I do hope that I have answered each and every of your questions and I do wish you a fantastic day and all the same, you can actually check out our website and [unintelligible 00:07:12]. It will clarify on this particular topic that you have inquiries for. Besides that, you should stay on the line for a

68

brief two-question survey to rate my service. I would highly appreciate that
and happy holidays to you.

384.    Mr. Gilbert Lau: OK. Thank you.

385.    Speaker:        And your family.

386.    M. Gilbert Lau:  Thank you."

**[End of recorded material 00:07:37]**

69

## FLIGHT 245

## AS FOR JOHN DOE (AKA MARRIO) AS A DEFENDANT

## B. SPIRIT AIRLINES FLIGHT 245

387.  Plaintiff was in flight No. 245 in the Defendant Spirit Airlines Flight and Defendant officer John Doe aka Marrio an Employee Statement that the Fact by his own mouth or words that the Defendant Spirit Airlines Flight and Defendant officer John Doe aka Marrio is a federal government-owned corporation and they are the federal government and upon information and nature belief established in 1971 to provide intercity passenger airlines service throughout the United States. **Annexed as Exhibit F hereto is a true and correct copy of Transcript of Defendant Spirit Airlines Flight 245 and Defendant John Doe aka Marrio.**

388.  **Mario: "If I have to ask you more than once to cover your nose, mouth, put your mask on, we are not going to be rude, we are not going to be nasty. We are going to simply take your seat number and your name and when we get where we're going you will either be arrested, fined, but you will also be placed on the no fly list meaning you will not be able to fly any airline for the rest of your life."**

389. **Mr. Gilbert Lau:    Hm.**

390. Marrio: **"So please, again, I'm saying this because there is usually always that one person and I really don't want to have to do the extra paperwork and do more I'm intended for my job. So if you do not agree or want to do what needs to be done, you're more than welcome to exit at this time. We have about nine more minutes left but I'm going to give everybody a fair opportunity to let you know what is happening. Also, I'm not really sure what's going on with all these videos going viral of passengers attacking each other and/or flight attendants. Let me remind you. We are government officials. And it's government property. If you choose to act out of content or character on this aircraft, you will be arrested and face 20 years in prison and you will also receive a $250,000 fine. If a weapon is used you will face life in prison so before anybody gets**

70

creative, want to feel foggy, want to be bad, be a superhero, let me let you know what's going on. With that being said, if you didn't like what I had to say, my name is [Marrio], that's with two RRs, don't forget to dot the I."......."

391. . Marrio:    Hi Marrio.

392. . Mr. Gilbert Lau:    [Unintelligible] Spirit Airlines –

393. Defendant John Doe aka "Marrio is officer John Doe aka Marrio is, upon information and belief, a resident of the State of New York.  Officer Doe is an African American, mindset man in his 25s or 35s.  Officer Doe was acting in furtherance of his employment as described in this Second Amended Complaint."

394. Plaintiff's asks the fact Defendant John Doe aka "Marrio where Defendant Marrio stated Defendant Spirit Airlines is a) is a government-owned corporation established in 1971 to provide intercity passenger train service throughout the United States founded in 1971 as a quasi-public corporation to operate many US passenger and the Defendant Spirit Airlines receives a combination of state and federal subsidies but is managed as a for-profit organization and that is a fact.

395. Plaintiff's has informed Defendant Marrio that Plaintiff has exemption card.

### AS FOR AMERICAN AIR FIGHT 2198 AS A DEFENDANT

396.  Plaintiff book a fight with the Defendant American Air on Fight number 2198, and Plaintiff that I want and I have right for accommodations for wheelchair and to be masks Exemption and by the under ADA ACT of Sec. 12181, New York State Human Rights Law §292.21, §292.21-e, §295.5, §296.3 and §296.3-a. (a) Reasonable accommodation by federal and state law the Plaintiff must be accommodating. Defendant American Airlines stated that they had no problem providing Reasonable accommodation not to wear a mask and a wheelchair for Plaintiff Lau.

- 397.  Plaintiff took a private car to Charlotte, NC, for a personal business approximate date was on January 7, 2021.

- 398. About 1:72 hours into the fight, Plaintiff got up from his seat to use one of the

  aircraft bathrooms located in the plane's rear.

71

- 399. Plaintiff entered the aircraft bathroom.  Before Plaintiff locked the door behind him, AA fight attended pushed his way into the bathroom without Plaintiff's consent.

- 400. AA fight attended Doe forced Plaintiff to unbutton and lower Plaintiff's pants and face the bathroom sink.

- 401. AA fight attended then sodomized Plaintiff with a baton-like object, without Plaintiff's consent.

- 402. AA fight attended used his booted foot to kick Plaintiff and pin down Plaintiff's calf to prevent Plaintiff from fleeing.

- 403. While AA fight attended sodomized Plaintiff, he made offensive and derogatory statements about Plaintiff's disability, including, "You are a retarded motherfucker," and "Eat your shit, you retarded motherfucker."

404. November 22, 2020 Plaintiff made agreement arrangements between with Plaintiff and Defendant **American Air on Fight number 2198 prior before the Plaintiff Lau trip to Washington DC from Washington DC on Fight number 2198 on January 7, 2021 to provide fair reasonable accommodation** not to wear a mask and a wheelchair for the Plaintiff Lau and the Defendant **American Air on Fight number 2198 breach their agreement to the Plaintiff on the fight back to New York State.**

405. "She made a joke about wearing a mask so they kicked her off. People on the plane begged the flight attendant to leave her alone......."

406.. "A Trump supporter was kicked off AA2198 from Charlotte to Washington yesterday evening. The narrative on conservative Twitter is that the Trump supporter was kicked off for making a joke about wearing masks.

71

72

407. "But the video online, which is filmed once an American Airlines supervisor boards the plane (in other words, after the actual incident), tells a slightly different story:

408. The lady being kicked off claims "I was making a joke with you" and says "I have a very dry sense of humor"

- 409. The lady then starts yelling "this is America, this is America, this is supposed to be the United States of America, the Constitution says we're supposed to be a free people, to do what we want to do"
- While the narrative is that she was being kicked off for making a joke, 76 seconds into the video you can hear her tell the supervisor "sir, I put the mask on"
- 410. We don't know exactly what happened, but it's absolutely clear that at least part of the issue here was mask compliance, rather than a mask joke, and we know that airlines take a zero tolerance approach to mask compliance, for good reason
- 411. Based on the context, I think the most likely explanation is that there were some issues with her mask compliance, and then when she was confronted about it by the crew, she made a joke, and they weren't having it.
- 412. Plaintiff Lau was kicked off AA2198 from Charlotte to Washington yesterday evening as some as the Trump because he cannot wear a mask because **thereby unsafely restricting the flow of oxygen, and causing the accumulation of bacteria and carbon dioxide, as a condition of being in the airplane and purchasing tickets and receiving services.**

- 413. Plaintiff was on Plane with that Trump support Woman on the Defendant American's Airlines and the fight attended employee kick the plaintiff out fight no AA2198 because Plaintiff cannot wear a mask and the fight attended employee kick the Trump supporter in the same time as the plaintiff as well dispute the she was wear a mask in fight no. AA2198.

414. Plaintiff Lau told Defendant American's Airlines fight attended that the Plaintiff's cannot wear a mask because **thereby unsafely restricting the flow of oxygen, and causing the accumulation of bacteria and**

73

carbon dioxide, as a condition of being in the train and purchasing tickets and receiving services.

- 415. The Fight attended of Defendant American's Airlines fight said to the Plaintiff Lau "fuck you"!
- 

### AS FOR AMTRAK National Railroad Passenger Corporation (Amtrak) AS A DEFENDANT

416. On or about November 23, 2020, Plaintiff traveled from New York to Albany, New York, on Monday for a brief vacation. On or about November 23, 2020, Plaintiff rides onboard a Defendant AMTRAK as Amtrak (aka National Railroad Passenger Corporation as the federal government) see, google.com. Plaintiff was ordered, directed, and mandated by Defendant Amtrak that masks the new normal as matter. Defendant Amtrak threatened Plaintiff, and if Plaintiff refuses to comply with the new mandate, he will forever travel ban. **Annexed as Exhibit K hereto is a true and correct copy of Transcript of Defendant Amtrak National Railroad Passenger Corporation ("Amtrak) stating with no legal authority citation that Defendant Amtrak can ban the travel forever)**

74

417.    Plaintiff checked into and ride at Defendant Amtrak pursuant to

the aforementioned agreement from November 23, 2020 until

November 30, 2020, without incident November 23, 2020,

Defendant Amtrak by and through its agents including but not

limited to John Doe and Jane Doe train conductors ejected and

removed Plaintiff against his will from the subject, the

aforementioned agreement notwithstanding and Defendant Amtrak

alleges the Plaintiff refuse to comply with the new mandate and

now Plaintiff is ban for forever but Plaintiff has masks exemption

card.

i.    Plaintiff cannot wear a mask because
thereby unsafely restricting the flow of
oxygen, and causing the accumulation of
bacteria and carbon dioxide, as a
condition of being in the train and
purchasing tickets and receiving services.

ii.   Defendant Amtrak stated to the Plaintiff Lau that:
........We are requiring that customers wear face
coverings while in our stations and on our trains.
Amtrak reserves the right to remove customer or
ban the need for travel in the event of **non-
compliance** with Amtrak's face covering policy......

418. So therefore the Defendant Amtrak admitted in fact **The Masks is about
submission and tyrannical control. Not about health because Defendant stated** "right to
remove customer or ban the need for travel in the event of **non-compliance.........
(IS ABOUT CONTROL)!!!**

418. Upon the Plaintiff's request, the Defendant Amtrak refused to cite any legal
authority for this Amtrak reserves the right to remove customer or ban the need for
travel in the event of non-compliance with Amtrak's face covering policy.

74

75

419.    Defendant voice recording:  See, Transcript of the Defendant Amtrak as *Exhibit K.*

420.    "Thank you for calling Amtrak. We are requiring that customers wear face coverings while in our stations and on our trains. Amtrak reserves the right to remove customer or ban the need for travel in the event of non-compliance with Amtrak's face covering policy."

421.    Where the Defendant Amtrak reserves the right to remove customer or ban the need for travel in the event of non-compliance with Amtrak's face covering policy?

422.    Did US Congress grant the Defendant Amtrak reserves the right to remove customer or ban the need for travel in the event of non-compliance with Amtrak's face covering policy by statute law.

423.    What Federal Statute Code do the Defendant Amtrak authorized by Congress that they (Defendant Amtrak) reserves the right to remove customer or ban the need for travel in the event of non-compliance of Amtrak's face covering policy by statute law.

424.    Defendant Amtrak has no authorized by Congress and therefore the Defendant are liable as Federal Government business under Cause of Action of Non-Delegation doctrine.

## AS FOR THE UNITED STATES OF AMERICA AS A DEFENDANT

425.    On or about March 20, 2020, The Defendant The United States of America an Executive Order on national emergency to force travel to mask up but *The Executive Order cites no statutory authority to support its broad, sweeping mandate, and does not expressly refer to any national emergency to force travel mask up when there is no statutory requirement to force mask wear on passages as a matter of fact.*"

426.    Defendant The United States of America order everybody in the Federal Transportation System mask up or force being banned

76

forever from flying or riding again or face of being not working in the
Federal Transportation system again regarding airlines, trains and
bus employees.

427.    Defendant The United States of America is not congress nor did
they not delegate to pass legislation in this country as matter of law
except the US Congress.

428.    Defendant The United States of America order every airlines, bus
and train companies in the Federal Transportation System mask up or
force being banned from ever from flying or riding again or face of
being not working in the Federal Transportation system again
regarding airlines, trains and bus employees.

429.    Defendant The United States of America committed un-delegation
conduct where the Government was without delegation nor the
Defendant the United States of America is without ***statutory authority
to force mask wear on passages and employee as Executive Order by
the Defendant The United States of America issue by the
Government without prior US Congress Approver.***

430.    On or about March 20, 2020, Defendant the United States of
America with the Defendant People of Republic of China had on trade
business relationship since WWII.

431.    Defendant The United States of America with the Defendant
People of Republic of China had invested on trading with other
relationship

432.    Defendant People of Republic of China produced products for the
Defendant the United States of America since WWII.

433.    **The actions of all Defendant were performed within the scope of his
employer and authority, for whose acts the defendant The United States
of America  are liable under the doctrine of Conspiracy under 42 U.S.C. §
1985(3) with the Defendant China.**

77

**AS FOR THE UNITED STATES OF CORPOATION AS A DEFENDANT**

434.    The Defendant United States of America is as known as Defendant The United States Corporation in pursuant to 28 USC § 3002(15(a) and USA is not Constitutional Republic but is a US Corporation as authorized under 28 USC § 3002(15(a).

435.    The Defendant United States Corporation in pursuant to 28 USC § 3002(15(a) on or about March 14, 2020 rigged COVID-19 along other Defendants countries like China, Russian, Columbia, Uganda, Australia, Canada, Israel. New Zealand. And Indonesia planed this so called pandemic in order to enrich themselves.

436. Defendant United States Corporation in pursuant to 28 USC § 3002(15(a) made a mandate the mask mandate on the airlines, trains and buses  on or about March 20, 2020 and planned this pandemic within Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky   , MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.Us. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

**437.The actions of all Defendant were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

78

## AS FOR THE PEOPLE OF THE REPUBLIC OF CHINA AS A DEFENDANT

438.    Defendant The People of the Republic of China made this bioweapon for control and profit for global rules and election rigging and trying make rest of the world in communist one world government.

**439.**    Defendant The United States Corporation aka Defendant The United States of America, Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

440.    Defendant The People of the Republic of China and Defendant The United States Corporation aka Defendant The United States of America, Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia,  Defendant Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant Transportation Security Administration, Defendant U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President world mask mandate violates international under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code of international law.

441.    Defendant The People of the Republic of China's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## AS FOR THE RUSSIAN FEDERATION AS A DEFENDANT

79

442.    Defendant the Russian Federation violated international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code as make their people and visitor of countries, like tourist, people who work start a business in Russia as well go their colleges and University mask wear a mask on airplanes and Russia do not have our federal case law handed down by the Florida federal judge just recently made about two or three mouth but Defendant The People of the Republic of China and Defendant WHO, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Defendant Canada, The Defendant Australia, Defendant Israel, Defendant Indonesia, is allowed to ignore Federal case law because different nation because these countries cannot ignore international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

443.    Defendant the Russian Federation's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## AS FOR THE UKRAINE AS A DEFENDANT

444.    Defendant Ukraine violated international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code as make their people and visitor of countries, like tourist, people who work start a business in Russia as well go their colleges and University mask wear a mask on airplanes and Russia do not have our federal case law handed down by the Florida federal judge just recently made about two or three mouth but Defendant The People of the Republic of China and Defendant WHO, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Defendant Canada, The Defendant Australia, Defendant Israel, Defendant Indonesia, is allowed to ignore Federal case law because different nation because these countries cannot ignore international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

445.    Defendant Ukraine owns their own government airlines called Ukraine airlines and they not have to comply with the Florida Federal district Judge Decision and order overturning the mask mandate on federal transportation system because they are another country but the Government of Ukraine must complied with international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

446. Defendant Ukraine made a mandate the mask mandate on the airlines, trains and buses on or about March 20, 2020 and planned this pandemic within Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky   , MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.Us. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

447. **The actions of all Defendant were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

448.    Defendant Ukraine mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

81

## AS FOR THE REPUBLIC OF UGANDA AS A DEFENDANT

449.    The Defendant of the Republic of Uganda is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

450.    The mask mandate by Defendant of the Republic of Uganda is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

451.    The Defendant of the Republic of Uganda violated international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code as make their people and visitor of countries, like tourist, people who work start a business in Russia as well go their colleges and University mask wear a mask on airplanes and Russia do not have our federal case law handed down by the Florida federal judge just recently made about two or three mouth but Defendant The People of the Republic of China and Defendant WHO, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Defendant Canada, The Defendant Australia, Defendant Israel, Defendant  Indonesia, is allowed to ignore Federal case law because different nation because these countries cannot ignore international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

452.    Co-Plaintiff Suzan Matovu and Lead Plaintiff Gilbert Lau sues the The Defendant of the Republic of Uganda because:

453. Co-Plaintiff Suzan Matovu cannot tolerate wearing the mask because of their heart & stomach condition on the airplane and any public transportation including trains and buses.

454. Lead Plaintiff Gilbert Lau cannot tolerate wearing the mask because of there are issues of the Mask and vaccine exemption due to the following:

   A. medical limitations:

   Q. Oxidative stress (E88.49)

   R. Proinflammatory Response (R.65.10)

   S. Cardiovascular Risk (151.9)

   T. Liver Disease (Risk 151.9)

   U. Liver Cell Damage (K77)

455. In Dr. Erica Steele Expert Medical opinion "It is not recommended for Gilbert Lau to recived the COVID-19 vaccine indefinitely due to aforementioned medical conditions." Annexed as Exhibit B hereto is a true and correct copy of Dr. Erica Steele Medical Exception for Mask and vaccine as I stated on paragraph 84 to 85 in the Amended Complaint.

456. Defendant of the Republic of Uganda mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## AS FOR THE REPUBLIC OF COLOMBIA AS A DEFENDANT

457. The Defendant of the Republic of Colombia, is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

458.    The Defendant of the Republic of Colombia, owns their own government airlines called Avianca airlines and they not have to comply with the Florida Federal district Judge Decision and order overturning the mask mandate on federal transportation system because they are another country but the Government of Ukraine must complied with international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code

459.    The Defendant of the Republic of Colombia owns **Avianca airlines.**

**"Avianca S.A.** (acronym in Spanish for *Aerovias del Continente Americano S.A.*, "Airways of the American Continent") is a Colombian airline. It has been the flag carrier of Colombia [3][4] since December 5, 1919, when it was initially registered under the name SCADTA."

460. Lead Plaintiff Gilbert Lau sues the The Defendant of the The Defendant of the Republic of Colombia because: Lead Plaintiff Gilbert Lau cannot tolerate wearing the mask because of there are **issues of the Mask and vaccine exemption due to the following:**

      **A. medical limitations:**

          **V.  Oxidative stress (E88.49)**

          **W.  Proinflammatory Response (R.65.10)**

          **X.  Cardiovascular Risk (151.9)**

          **Y.  Liver Disease (Risk 151.9)**

          **Z.  Liver Cell Damage (K77)**

461. In Dr. Erica Steele Expert Medical opinion "It is not recommended for Gilbert Lau to recived the COVID-19 vaccine indefinitely due to aforementioned medical conditions." Annexed as Exhibit B hereto is a true and correct copy of Dr. Erica Steele Medical Exception for Mask and vaccine as I stated on paragraph 84 to 85 in the Amended Complaint against the Defendant of the Republic of Colombia.

462.    The Defendant of the Republic of Colombia mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

463.    Upon information and nature belief The Defendant of the Republic of Colombia and Defendant of the Republic of Uganda planned it out mask mandate international fights violated international law under Nuremberg code because they need make us Plaintiffs a social experiment and guinea pigs.

**AS FOR THE CANADA AS A DEFENDANT**

84

464. The Defendant Canada is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

465. The mask mandate by Defendant Canada is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

466. Defendant Canada, Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

467. **The actions of the Defendant Canada were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

### AS FOR THE AUSTRALIA AS A DEFENDANT

468. The Defendant Australia is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

84

85

469.   The mask mandate by Defendant Australia is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

**470.**   Defendant Australia, Defendant Canada Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

**471.**   **The actions of the Defendant Australia were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

472.   Defendant Australia's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## AS FOR THE ISRAEL AS A DEFENDANT

473.   The Defendant Israel is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

86

478. The mask mandate by Defendant Israel is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

479. Defendant Israel, Defendant Australia, Defendant Canada Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

480. **The actions of the Defendant Israel were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

481. Defendant Israel's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

**AS FOR THE NEW ZEALAND AS A DEFENDANT**

482. The Defendant New Zealand is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

483. The mask mandate by Defendant New Zealand is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

484. Defendant New Zealand Defendant Israel, Defendant Australia, Defendant Canada Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

**485. The actions of the Defendant New Zeland were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

486. Defendant New Zealand's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

### AS FOR THE INDONEIA AS A DEFENDANT

487. The Defendant Indonesia is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

488. The mask mandate by Defendant Indonesia is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

489. Defendant Indonesia, Defendant New Zealand, Defendant Israel, Defendant Australia, Defendant Canada, Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

**490. The actions of the Defendant Indonesia were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

491. Defendant Indonesia's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

491. Defendant Indonesia is require all their flight passage to wear a mask regardless decision of federal Court in Florida.

492. The mask mandate by Defendant Indonesia is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

89

493. Defendant Indonesia, Defendant Israel, Defendant Australia, Defendant Canada Defendant WHO, Defendant CDC, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Defendant** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant USA, Defendant **Transportation Security Administration, Defendant** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

**494. The actions of the Defendant Indonesia were performed within the scope of his employer and authority, for whose acts the defendant The United States Corporation are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985(3)** with the Co-Defendants WHO, The republic Colombia, The people of the Republic of China, The Republic of Uganda, Ukraine, Russian Federation, Canada, Australia, Israel, Indonesia, **Centers for Disease Control and Prevention ("CDC"),** Dr. Rochelle Walensky, MD, MPH. is the Director of the Centers for Disease Control and Prevention and is sued in her official capacity Defendant **Transportation Security Administration,** U.S. National Institute of Allergy and Infectious Diseases, and Defendant Dr. Anthony Stephen Fanci, is an American Physician-scientist and immunologist who serves as the U.S. National Institutes of Allergy and Infectious Diseases and the Chief medical advisor to the President.

495. Defendant Indonesia's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

### AS FOR THE WORLD HEALTH ORGANIZATION AKA: (WHO) AS A DEFENDANT

#### A. ADDITIONAL FACTS ON THE DEFENDANT WHO

496. Plaintiffs are suing the Defendant WHO because of the fact On or about March 20, 2020, The Co-Defendant The WHO an Executive Order on national emergency to force travel to mask up but *The Executive Order cites no statutory authority to support its broad, sweeping mandate, and does not expressly refer to any national emergency to force travel mask up when there is no statutory requirement to force mask wear on passages as a matter of fact."*

497. The mask mandate by Co-Defendant WHO is violation of international Human Right law under Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

89

90

498. Defendant The United States of America order everybody in the Federal Transportation System mask up or force being banned forever from flying or riding again or face of being not working in the Federal Transportation system again regarding airlines, trains and bus employees.

499. Co-Defendant The WHO is not congress nor did they not delegate to pass legislation in this country as matter of law except the US Congress and parliament other countries legislation system.

500. Defendant The WHO order every airlines, bus and train companies in the Federal Transportation System mask up or force being banned from ever from flying or riding again or face of being not working in the Federal Transportation system again regarding airlines, trains and bus employees.

501. Co-Defendant The WHO committed un-delegation conduct where the Government was without delegation nor the Defendant The WHO is without *statutory authority to force mask wear on passages and employee as Executive Order by the Defendant The WHO issue by the Government without prior US Congress and parliament of other nations Approver.*

502. On or about March 20, 2020, Co-Defendant the WHO with the Co-Defendant People of Republic of China and had invested on trading with other relationship

503. Defendant People of Republic of China, Co-Defendant the WHO and CO-Defendant CDC produced products for the Co-Defendant The WHO since WWII **with the Defendant China.**

**504. The actions of all Defendant WHO were performed within the scope of his employer and authority, for whose acts the defendant The United States of America  are liable under the doctrine of Conspiracy under 42 U.S.C. § 1985** and Co-Defendant WHO violated international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code as make their people and visitor of countries, like tourist, people who work start a business in Russia as well go their colleges and University mask wear a mask on airplanes and Russia do not have our federal case law handed down by the Florida federal judge just

91

recently made about two or three mouth but Defendant The People of the Republic of China and Defendant WHO, The Defendant The republic Colombia, Defendant The Republic of Uganda, Defendant Ukraine, Russian Federation, Defendant Canada, The Defendant Australia, Defendant Israel, Defendant Indonesia, is allowed to ignore Federal case law because different nation because these countries cannot ignore international law under the Article 32 of the 1949 Geneva Convention IV aka Nuremberg code because it make us test subjects or a social experiment and guinea pigs and that is forbidden pursuant to Article 32 of the 1949 Geneva Convention IV aka Nuremberg code.

505. Co-Defendant the WHO's mask mandate international fights violated international law under Nuremberg code because we are not a social experiment and guinea pigs.

## **EXHIBITS**

506. **Exhibit A**- Mask-Ineffectiveness against So-called COVID-19.
507.    **Exhibit B**- Dr. Steel's Medical exemption on the mask and vaccine dated:
508.    **Exhibit C**- Plaintiff attached a transcripts group of doctors and scientist stating that is the So-Called COVID-19 is fraud.
509.    **Exhibit D**-Affidavit of Gilbert Lau
510.    E**xhibit E**- Transcript of cellphone with the **Defendant** Spirit Airlines on November 30, 2020 approximate time of 7:34 AM and male customer services employee and tap the phone conversation with both the Plaintiff Gilbert and **Defendant** Spirit Airlines- customer services employee-John Doe.
511.    E**xhibit F**- Video Record when Plaintiff Lau was video record Mr. **Marrio was in** flight No. 245 in the Defendant Spirit Airlines Flight and Defendant officer John Doe aka Marrio an Employee Statement that the

92

Fact by his own mouth or words that the Defendant Spirit Airlines Flight and Defendant officer John Doe aka Marrio is a federal government-owned corporation and Defendant Spirit Airlines Flight they are a federal government Corporation and upon information and nature belief established in 1971 to provide intercity passenger airlines service throughout the United States in pursuant to ..."U.S." is a Federal Corporation says 28 USC 3002(15(a)...

512. Exhibit G-Affidavit of Gilbert Lau lead plaintiff Pro se cannot tolerate the mask.

513. EXHIBIT H- **The masks mandate by Governor** Andrew Mark Cuomo must be overturned by this Court.

514. EXHIBIT I- **The masks mandate by CDC or TSA** must be overturned by this Court.

515. **EXHIBIT J- And Plaintiff attached a transcripts group of doctors and scientist stating that is so please Exhibit J**

516. **EXHIBIT K- Transcript of Defendant Amtrak National Railroad**

**Passenger Corporation ("Amtrak) stating with no legal authority citation**

**that Defendant Amtrak can ban the travel forever)**

517. **EXHIBIT L-** Details BY DR. PAUL L. GLASSMAN, MD ON JULY 9, 2020. **Annexed as Exhibit L hereto is a true and correct copy of Blood test of Gilbert Lau**

518. EXHIBIT M-Transcript of **DEFENDANT SPIRST AIRLINES CELLPHONE INTERVIEW WITH LEAD PLAINTIFF LAU**

519. **Exhibit N hereto is a true and correct copy of Affidavit of Plaintiff Gilbert Lau about testify facts of Lead Plaintiff Lau factual experience of mask wearing.**

520. **Exhibit O hereto is a true and correct copy of Declarations attached hereto and made a part hereof as Composite Exhibit "O".**

521. **Exhibit P hereto is a true and correct copy of** Exhibit P-Letter to CEO Mr. John Doe of Defendant Spirit Airlines

522. **Exhibit Q-Expert Medical Report on the Mask wearing on behalf of Lead-Plaintiff Lau by Dr. Erica Steele,**